UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **Grand Jury Original** |
| | : | |
| **KESETBRHAN M. KELETA,** | : | <u>Under Seal</u> |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, through its undersigned attorneys, moves for an order sealing the indictment, bench warrant, and court file in this matter. In support of this motion, the government states that the defendant is a lawful permanent resident of the United States. Based on information available to the government, the defendant holds Canadian and Eritrean citizenship. He therefore has the ability to become a fugitive and avoid arrest if the existence of this prosecution is made public before execution of the bench warrant.

Respectfully submitted

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JAY I. BRATT
Assistant United States Attorney
National Security Section
555 4th Street, NW, Room 11-437
Washington, D.C. 20530
(202) 353-3602
Illinois Bar No. 6187361
jay.bratt@usdoj.gov