**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **Grand Jury Original** |
| | : | |
| **KESETBRHAN M. KELETA,** | : | **Under Seal** |
| | : | |
| **Defendant.** | : | |

**O R D E R**

Before the Court is the government's motion to seal the indictment, bench warrant, and court file for the above-captioned matter.  The Court having considered the government's motion, it GRANTS the government's request.  The indictment, bench warrant, and court file shall be sealed until execution of the bench warrant and notification to the Court by the government of the defendant's arrest.

DONE AND ORDERED this 6th day of October, 2005.

_____
Honorable Deborah A. Robinson
United States Magistrate Judge

cc:    Jay I. Bratt
       Assistant United States Attorney
       Transnational/Major Crimes Section