IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| KESETBRHAN M. KELETA, | : | Violation: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1960 |
| | : | (Prohibition of Unlicenced Money |
| | : | Transmitting Business) |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

Beginning in or around March 2001 until on or about October 25, 2001, in the District of Columbia, the defendant, **KESETBRHAN M. KELETA**, did knowingly conduct, control, manage, supervise, and direct a business, Himbol Financial Services, knowing the business to be an illegal money transmitting business, that (i) affected interstate and foreign commerce and (ii) operated without an appropriate money transmitting license in the District of Columbia, where such operation was punishable as a felony under the law of the District of Columbia.

(**Prohibition of Unlicenced Money Transmitting Business**, in violation of Title 18, United States Code, Section 1960)

## COUNT TWO

Beginning on or about October 26, 2001, until in or around September 2002, in the District of Columbia, the defendant, **KESETBRHAN M. KELETA**, did unlawfully and knowingly conduct, control, manage, supervise, and direct an unlicenced money transmission business, Himbol Financial Services, that (i) affected interstate and foreign commerce; (ii) operated without an appropriate money transmitting license in the District of Columbia, where such operation was punishable as a felony under the law of the District of Columbia; and (iii) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section.

(**Prohibition of Unlicenced Money Transmitting Business**, in violation of Title 18, United States Code, Section 1960)

A TRUE BILL



FOREPERSON



Attorney of the United States in
and for the District of Columbia