UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

October 21, 2005



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case Number: 05-371-CKK |
| | ) |
| KESETBRHAN M. KELETA | ) |

**FILED**
OCT 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PASSPORT RECEIPT

Passport Number  VJ486701  of Defendant  KESETBRHAN M. KELETA

surrendered this date by the arresting agent  to the undersigned Deputy Clerk. (Canadian Passport)

Nancy Mayer-Whittington, Clerk

By: _____ 10/21/2005   By: Melinda L. Pugh
    arresting agent                   Deputy Clerk
    Katerina Gikas
    Senior Special Agent
    U.S. ICE