IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal No. 05cr371** |
| ) | |
| **KESETBRHAN KELETA,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO WITHDRAW APPEARANCE

COMES NOW Defendant's counsel, Melvin L. Otey, Esq., pursuant to Local Criminal Rule 44.5(d), and moves this Honorable Court for an order withdrawing his appearance as counsel for the Defendant Kesetbrhan Keleta. Defendant and his counsel have irreconcilable differences with respect to the defense of the charges in this matter.

Defendant's counsel certifies that Defendant Kesetbrhan Keleta's last known address is 1201 South Queen Street, York, PA 17403 and that one copy of the Motion to Withdraw Appearance was served by First-Class US Mail, postage prepaid to Plaintiff at the same address on December 29, 2005.

Defendant's counsel further certifies that on December 29, 2005, after discussion with Defendant, Defendant was served with written notice of counsel's intention to file the instant motion to withdraw and advising him to (1) have his new counsel to enter his or her appearance or (2) notify the Clerk of Court in writing of his intention to represent herself or object to this motion.

**WHEREFORE,** the undersigned counsel pray (1) that this Motion to Withdraw be granted; (2) that the Court strike the appearance of the undersigned counsel as attorney for the Plaintiff in the

above-captioned matter; and, (3) for such other and further relief as to the nature of this cause may require.

Respectfully submitted,

\_\_\_\_/s/_____
Melvin L. Otey, Esq. #488745
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
202-882-0050 fax
202-882-0022

**Attorney for Defendant**