IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-371 (CKK) |
| v. | : | |
| KESETBRHAN M. KELETA, | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO MOTION TO WITHDRAW APPEARANCE

The government does not oppose the motion of Mr. Keleta's counsel, Melvin Otey, to withdraw his appearance. However, the government requests that the Court refrain from granting the motion until such time as the defendant has arranged for substitute counsel.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

_____/s/_____

JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section, Room 11-437
555 4th Street, NW
Washington, D.C.  20530
(202) 353-3602
jay.bratt@usdoj.gov

**Certificate of Service**

I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Response to Motion to Withdraw Appearance on counsel for defendant Kesetbrhan Keleta by electronic means this 3rd day of January, 2006.

/s/
Jay I. Bratt
