IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-371 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **KESETBRHAN M. KELETA,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is the government's motion to exclude time from the applicable Speedy Trial Act computations. The Court having reviewed the government's motion, it **GRANTS** it. The Court finds that the delay occasioned by its granting this motion is necessary to enable both parties sufficient time to adequately prepare motions *in limine* and to prepare for trial. Such delay serves the ends of justice and outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the Court excludes from Speedy Trial Act computations, the time period from March 30, 2006, until April 28, 2006.

**DONE AND ORDERED** this _____ day of June, 2005.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:

AUSA Jay I. Bratt
James Beane, Esq.