UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 731 (CKK) |
| | : | |
| KESETBRHAN M. KELETA | : | |
| | : | |
| Defendant | : | |

MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant, by and through counsel, and respectfully moves to continue the status hearing currently scheduled for April 28, 2006. Counsel states the following in support of this motion:

1.  Counsel is currently out of the jurisdiction due to a family emergency involving counsel's wife. The emergency necessitated counsel's immediate departure. On yesterday, during a conference call with the Court's law clerk and Mr. Bratt, counsel mentioned that he might have an issue with the subject status hearing.

2.  Counsel had hoped that the situation would not require his departure before the Status Hearing. Counsel has attempted to get in touch with Mr. Keleta and expects that he will be able to do so. Counsel also attempted to locate a colleague who could stand in for counsel, but due to the short period of time he was unable to locate someone. Additionally, counsel will not be in a position to call in and attend via telephone.

3.  Counsel is available any Friday in May, 2006, should the Court grant the requested continuance.

Accordingly, counsel requests that the Court continue this matter.

Respectfully submitted,


_____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

    I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Jay Bratt, via the ECF system on this 27th day of May, 2006.

                                                        /s/
                                     James W. Beane, Jr.