UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 731 (CKK) |
| | : | |
| KESETBRHAN M. KELETA | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kesetbrhan M. Keleta's Motion to to Continue Status Hearing. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of April, 2006,

ORDERED that Mr. Keleta's motion is granted. It is

FURTHER ORDERED that a status hearing shall be held on the ___ day of _____, 2006.

SO ORDERED.

_____                          _____
DATE                                             Colleen Kollar-Kotelly
                                                 UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney         James W. Beane, Jr., Esquire
    Jay Bratt, Esquire                        2715 M Street, N.W.
    555 Fourth Street, NW                     Suite 200
    Washington, DC 20530                      Washington, DC  20007