UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                         :

           v.                                :          Criminal No. CR 05-371 (CKK)

KESETBRHAN M. KELETA                             :

      Defendant                                  :

**FILED**

APR 2 8 2006

### WAIVER OF SPEEDY TRIAL RIGHTS

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, Defendant, Kesetbrhan M. Keleta, pursuant to 18 U.S.C. § 3161

and hereby agrees to exclude the time between the last status hearing, March 30, 2006,

until April 28, 2006, from the Speedy Trial Act computations.


DATE 4/28/06                                     _____
                                                 Kesetbrhan M. Kelete
                                                 Defendant