UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Criminal No.: 05 - 371 (CKK)
                                  :
KESETBRHAN M. KELETA              :
                                  :
Defendant                         :

**WAIVER OF SPEEDY TRIAL RIGHTS**

COMES NOW, Defendant, Kesetbrhan M. Keleta, pursuant to 18 U.S.C. § 3161 and hereby agrees to exclude the time between the last status hearing, February 16, 2006, until June 26, 2006, from the Speedy Trial Act computations.

DATE 5/5/06

_____
Kesetbrhan M. Kelete
Defendant