IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-371 (CKK) |
| v. | : | |
| KESETBRHAN M. KELETA, | : | |
| Defendant. | : | |

**JOINT STATEMENT OF THE CASE**

The United States of America, through its undersigned counsel, and the defendant, Kesetbrhan Keleta, through his undersigned counsel, submit the following joint statement of the case:

The charges in this case arise out of the operation of a money transmitting business located in the Eritrean Cultural and Civic Center at 600 L Street, NW. Such a business transfers funds for customers either within the United States or abroad. The time period covered by the charges in indictment is from in or around March 2001 through in or around September 2002. During this time, the money transmitting business first operated under the name Red Sea Corporation. The name later changed to Himbol Financial Services.

The indictment charges that the defendant, Kesetbrhan Keleta, violated Title 18 of the United States Code, Section 1960. This statute makes it unlawful for any person to operate an unlicensed money transmitting business. In both counts of the indictment, the government alleges that, during the relevant time period, the money transmitting business at 600 L Street, NW, lacked a necessary license to operate from the District of Columbia. And, in both counts of the indictment, the government also alleges that, during this time period, the defendant,

Kesetbrhan Keleta, managed, controlled, supervised, and directed the money transmitting business at 600 L Street, NW. For the first count of the indictment, which covers the time period from March 2001 through October 25, 2001, the government further alleges that Mr. Keleta knew that the money transmitting business lacked the necessary license from the District of Columbia. After October 25, 2001, the law changed and the government is no longer required to prove that the operator of an unlicensed money transmitting acts with knowledge that his conduct is unlawful. For that reason, in the second count of the indictment, the government does not allege that Mr. Keleta operated the money transmitting business with knowledge that it lacked the necessary license from the District of Columbia.

Mr. Keleta denies the charges against him and maintains that the business was in fact managed, controlled, supervised, and directed by others.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


_____/s/_____
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section, Room 11-437
555 4th Street, NW
Washington, D.C. 20530
(202) 353-3602
jay.bratt@usdoj.gov


_____/s/_____
JAMES W. BEANE, JR.
D.C. Bar No. 444920

-2-

        2715 M Street, NW  
        Suite 200  
        Washington, D.C. 20007  
        (202) 333-5905  
        beanelaw@verizon.net