IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-371 (CKK) |
| | : | |
| v. | : | |
| | : | |
| KESETBRHAN M. KELETA, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States of America, through its undersigned attorneys, respectfully requests that, at the trial of the above-captioned matter, the Court give the following numbered instructions from <u>Criminal Jury Instructions for the District of Columbia</u> (4th ed., revised 2002) (the "Red Book"), as well as the attached supplemental instructions:

**Instructions before Trial**

| | |
|---|---|
| 1.03 | Preliminary Instructions before Trial |
| 1.02 | Notetaking by Jurors |
| 1.21 | Preliminary Instruction to Jury where Identity of Alternates Is Not Disclosed |
| 1.22 | A Juror's Recognition of a Witness or Other Party Connected to the Case |
| 1.07 | Question Not Evidence |

**Instructions during Trial**

| | |
|---|---|
| 1.05 | Cautionary Instruction Prior to First Recess |

**Final Instructions before Closing Arguments – General Instructions**

| | |
|---|---|
| 2.01 | Function of the Court |
| 2.02 | Function of the Jury [modified to substitute the following language as the first |

sentence: "Your function, as the jury, is to determine whether the government has proven its allegations beyond a reasonable doubt from the facts that you find."]

| | |
|---|---|
| 2.03 | Jury's Recollection Controls |
| 2.04 | Evidence in the Case [testimony and exhibits] |
| 2.05 | Statements of Counsel |
| 2.06 | Indictment Not Evidence |
| 2.07 | Inadmissible and Stricken Evidence |
| 2.08 | Burden of Proof – Presumption of Innocence |
| Suppl. 1 | Reasonable Doubt |
| 2.10 | Direct and Circumstantial Evidence |
| 2.11 | Credibility of Witnesses |
| 2.14 | Nature of Charges Not to Be Considered |
| 2.23 | Testimony of Immunized Witness |
| 2.26 | Police Officer's Testimony [substituting "law enforcement agent" for "police officer] |
| 2.27 | Right of Defendant Not to Testify [if applicable] |
| 2.28 | Defendant as Witness [if applicable] |
| 2.52 | Multiple Counts – One Defendant |

**Substantive Offenses**

| | |
|---|---|
| Suppl. 2 | Operating an Illegal Money Transmitting Business – Elements of the Offense (Count One) |
| Suppl. 3 | Operating an Illegal Money Transmitting Business – Elements of the Offense (Count Two) |
| 3.02 | Proof of State of Mind |

3.07  On or About – Proof of

Suppl. 4  Verdict Limited to Charges against this Defendant

### Final Instructions after Closing Arguments

2.71  Selection of Foreperson

2.72  Unanimity of Verdict

2.73  Exhibits during Deliberations [the government requests that the Court adopt the option described in the first paragraph of the proposed instruction]

2.74  Possible Punishment Not Relevant

2.75  Communication between Court and Jury during Jury's Deliberations

2.76  Furnishing the Jury with a Copy of the Instructions

In addition to the foregoing proposed instructions, the government reserves the right to propose additional instructions as it may become appropriate to do so.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

By:  _____/s/_____
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
555 Fourth Street, NW
Room 11-437
Washington, D.C.  20530
(202) 353-3602
jay.bratt@usdoj.gov

## Certificate of Service

I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Proposed Jury Instructions on James W. Beane, Jr., counsel for the defendant, by electronic means this 16th day of June, 2006.

/s/
Jay I. Bratt
