**PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 4**

**Verdict Limited to Charges against this Defendant**

Remember that the defendant is only on trial for the particular crimes charged in the indictment. Your job is limited to deciding whether the government has proved the crimes charged.

Also remember that whether anyone else should be prosecuted and convicted for these crimes is not a proper matter for you to consider. The possible guilt of others is no defense to a criminal charge. Your job is to decide if the government has proved this defendant guilty. Do not let the possible guilt of others influence your decision.

Source: Judge Bates gave this instruction in United States v. Robert E. Quinn and Michael H. Holland, Cr. No. 05-018 (JDB). It is based on Sixth Circuit Pattern Criminal Jury Instructions (2005 ed.), Instruction No. 8.08.