IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No.   05-371 (CKK) |
| : | |
| KESETBRHAN M. KELETA   : | |
| : | |
| Defendant   : | |

MOTION FOR ADMISSION *PRO HAC VICE*

Kesetbrhan Keleta, through undersigned counsel, hereby moves that this Honorable Court allow Gary E. Proctor to appear *pro hac vice* in his trial, scheduled to commence on June 26, 2006, and states the following in support thereof:

1.   Undersigned counsel, James Beane, will continue to represent Mr. Keleta, and there will be no continuance sought on the basis of this motion.

2.   In accordance with U.S. District Court Rules for the District of Columbia L.Cr.R. 44.1, Mr. Proctor hereby states that his full name is Gary Edward Proctor.  His office address is Law Offices of Gary E. Proctor LLC, 6065 Harford Road, Baltimore, MD 21214 and the phone number is (410) 444 1500.

3.   He was admitted to the bar of Supreme Court of Louisiana in April 2002.   He was admitted to the bar of the U.S. District Court for the Western District of Louisiana in 2003.  He was admitted to the bar of the State of Maryland in December 2005.  He was admitted to the U.S. District Court for the State of Maryland in December 2005.  He was admitted to the bar of the U.S. Supreme Court in May 2006.

4.      He has neither been disciplined nor has there ever been a complaint filed against him in any of these jurisdictions.  He has not sought *pro hac vice* admission in this jurisdiction in the past two years.  His office is not located in the District of Columbia.

5.      Undersigned counsel James W. Beane, Jr. has discussed Mr. Proctor's participation with the defendant, who confirmed that he has no objection to it.

6.      Undersigned counsel has discussed this matter with the counsel for the United States, who also has no objection.

Accordingly, undersigned counsel respectfully requests that Mr. Proctor's be allowed to represent Mr. Keleta *pro hac vice*.


                              /s/
JAMES W. BEANE, JR.
D.C. Bar No. 444920

2715 M Street N.W.
Suite 200
Washington, DC 20007
202-333-5905

beane.law@verizon.net


                              /s/
GARY E. PROCTOR
Louisiana Bar No. 27859
Maryland Bar No. 30528

6065 Harford Road
Baltimore, MD 21214
410-790-2574
gary_proctor@verizon.net