IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   05-371 (CKK) |
| | : | |
| KESETBRHAN M. KELETA | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kesetbrhan Keleta motion for the admission of Attorney Gary E. Proctor, Esquire *pro hac vice*.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of June, 2006,

ORDERED that Mr. Keleta's motion is granted. It is further

ORDERED that Gary E. Proctor, Esquire of 6065 Harford Road, Baltimore MD 21214 is enrolled *pro hac vice* in the above captioned case.

SO ORDERED.

_____
COLLENN KOLLAR-KOTELLY
United States District Judge

cc: AUSA, Jay Bratt, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

James W. Beane, Jr., Esquire
2715 M Street, N.W.
Suite 200
Washington, DC  20007