# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Criminal No.: 05-371 (CKK) |
| | ) | |
| V. | ) | |
| | ) | **FILED** |
| KESETBRHAN KELETA | ) | |
| | ) | JUN 2 9 2006 |
| Defendant(s) | ) | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Jay Bratt, AUSA

_____
James Beane, Jr., Counsel for Defendant