UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 05cr371 |
| | Judge Colleen Kollar-Kotelly |
| KESETBRHAN M. KELETA | |
| Defendant | |

## VERDICT FORM

1. As to Count I - *Prohibition of Unlicensed Money Transmitting Business (Money Laundering)* alleged to have occurred from in or around March 2001 through on or about October 26, 2001, we, the jury, find the defendant, Kesetbrhan M. Keleta:

   ___✓___ GUILTY          _____ NOT GUILTY

2.   As to Count II - *Prohibition of Unlicensed Money Transmitting Business (Money Laundering)* alleged to have occurred from on or about October 26, 2001, through on or about September 2002, we, the jury, find the defendant, Kesetbrhan M. Keleta:

____✓____ GUILTY          _____ NOT GUILTY

*If you find Mr. Keleta GUILTY as to Count II, #2. above, please answer the following questions:*

(a)   No license as required by the District of Columbia?

____✓____ YES          _____ NO

*AND/OR*

(b)   No registration with the United States Secretary of Treasury?

_____ YES          _____ NO

____6·29·06____                              _____
Date                                          JUROR FOREPERSON