IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 05-371 (CKK) |
| KESETBRHAN M. KELETA | : |
| Defendant | : |

**DISTRICT OF COLUMBIA**

Comes now **GARY EDWARD PROCTOR** of 6065 Harford Road, Baltimore MD 21214 who hereby swears under penalty of perjury that the following is true and correct to the best of his knowledge and belief:

In accordance with U.S. District Court Rules for the District of Columbia L.Cr.R. 44.1, my full name is Gary Edward Proctor. My office address is Law Offices of Gary E. Proctor LLC, 6065 Harford Road, Baltimore, MD 21214 and the phone number is (410) 444 1500.

I was admitted to the bar of Supreme Court of Louisiana in April of 2002. I was admitted to the bar of the U.S. District Court for the Western District of Louisiana in 2003. I was admitted to the bar of the State of Maryland in December 2005. I was admitted to the U.S. District Court for the State of Maryland in December 2005. I was admitted to the bar of the U.S. Supreme Court in May 2006.

I have neither been disciplined, nor has there ever been a complaint filed against me in any of the jurisdictions listed *supra*. I have not sought *pro hac vice* admission in this jurisdiction in the past two years. As stated above, my office is not located in the District of Columbia.

I hereby swear under penalty of perjury that the foregoing is true and correct this 27th day of June, 2006.

*/s/ Proctor*

GARY E. PROCTOR
Louisiana Bar No. 27859
Maryland Bar No. 30528
6065 Harford Road
Baltimore, MD 21214
410-790-2574
gary_proctor@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal No.   05-371 (CKK) |
| : | |
| KESETBRHAN M. KELETA : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kesetbrhan Keleta motion for the admission of Attorney Gary E. Proctor, Esquire *pro hac vice*. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of June, 2006,

ORDERED that Mr. Keleta's motion is granted. It is further

ORDERED that Gary E. Proctor, Esquire of 6065 Harford Road, Baltimore MD 21214 is enrolled *pro hac vice* in the above captioned case.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc: AUSA, Jay Bratt, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

James W. Beane, Jr., Esquire
2715 M Street, N.W.
Suite 200
Washington, DC 20007