IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-371 (CKK) |
| v. : | |
| KESETBRHAN M. KELETA, : | FILED |
| Defendant. : | JUL 6 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

STIPULATIONS AS TO EXHIBITS

1.  The United States of America and Kesetbrhan M. Keleta agree and stipulate that Government Exhibit 12, Government Exhibit 13A (which consists of Government Exhibits 13A-1 through 13A-33), and Government Exhibit 13B (which consists of Government Exhibits 13B-1 through 13B-14) are true and accurate copies of business records of Riggs Bank within the meaning of Rule 803(6) of the Federal Rules of Evidence and are admissible.

2.  The United States of America and Kesetbrhan M. Keleta agree and stipulate that Government Exhibit 8, Government 9, Government Exhibit 10, and Government Exhibit 11 are true and accurate copies of public records of the District of Columbia Department of Banking and Financial Institutions (now known as the District of Columbia Department of Insurance, Securities, and Bank) within the meaning of Rule 803(8) of the Federal Rules of Evidence and are admissible.

FOR THE UNITED STATES OF AMERICA:       FOR THE DEFENDANT:

_____          _____
JAY I. BRATT                             KESETBRHAN M. KELETA
Assistant United States Attorney

_____
JAMES W. BEANE, JR., ESQ.
Counsel for Kesetbrhan M. Keleta