UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 05cr371 |
| : | Judge Colleen Kollar-Kotelly |
| KESETBRHAN M. KELETA : | |
| Defendant : | |
| : | |

## "AMENDED" ORDER

The U.S. Probation Department shall prepare and file a pre-sentence report for Kesetbrhan M. Keleta by no later than October 11, 2006; the parties' memoranda of law shall be filed by no later than October 27, 2006; and it is further

ORDERED that the defendant shall be sentenced on November 3, 2006, at 10:00 a.m. in Courtroom 28A, 6th Floor Annex.

_Aug. 31, 2006_
Date

_Colleen Kollar-Kotelly_
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:   Chambers
      Courtroom Clerk
      Kesetbrhan Keleta
      James Beane, Jr. Esq.
      Jay Bratt, AUSA
      Pretrial Services
      Elizabeth Suarez, U.S. Probation Officer