UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   05-371 (CKK) |
| | : | |
| KESETBRHAN M. KELETA | : | |
| | : | |
| Defendant | : | |

### MOTION TO CONTINUE SENTENCING AND TO ENLARGE THE TIME IN WHICH MR. KELETA CAN FILE HIS MEMORANDUM IN AID OF SENTENCING

Defendant, Kesetbrhan M. Keleta by and through counsel requests that the Court continue the sentencing currently scheduled for November 3, 2006 and enlarge the time in which Mr. Keleta can file his Memorandum in Aid of Sentencing. In support thereof counsel states the following:

1. Mr. Keleta is currently scheduled to be sentenced on November 3, 2006. Counsel and Mr. Keleta are working to prepare for his sentencing by gathering information and speaking to relevant people, however more time is needed.

2. The Court has asked that the parties address the amount of money Mr. Keleta is responsible for transmitting to Eritrea. Some of the documents needed to address this issue are in Eritrea. Mr. Keleta has sent for these documents and expects that it will take several weeks for the documents to arrive. Additionally, based on Mr. Keleta's representations to counsel, there are a number of documents that counsel will need to obtain before he can complete preparations for the sentencing. Counsel estimates that it will take at least three (3) weeks to obtain these documents and approximately four to five weeks for Mr. Keleta to obtain the documents he needs.

3. The aforementioned documents are needed to prepare Mr. Keleta's memorandum in aid of sentencing.

4. Additionally, counsel scheduled to begin a trial December 4, 2006 before the Honorable Judge Dixon in the District of Columbia Superior Court that is scheduled to last until December 15, 2006.

5. Counsel is available on the following dates: December 18th after 11:00am, December 19, 20, 21, any date in January with the exception of January 12, 2007.

Accordingly, counsel requests that the Court enter an order continuing Mr. Keleta's sentencing to a date after the second full week of December, 2006.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Jay Bratt, via the ECF system on this 26th day of October 2006.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　James W. Beane, Jr.