THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.   05-371 (CKK) |
| : | |
| KESETBRHAN M. KELETA : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kesetbrhan Keleta motion to continue Mr. Keleta's sentencing.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2006,

ORDERED that Mr. Keleta's motion is granted. It is further

ORDERED that the sentencing in this matter shall be held on the _____ day of _____, 200_.  It is further

ORDERED that the Mr. Keleta file his Memorandum in Aid of Sentencing is due on _____ day of _____, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc: AUSA, Jay Bratt, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

James W. Beane, Jr., Esquire
2715 M Street, N.W.
Suite 200
Washington, DC  20007