IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-371 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **KESETBRHAN M. KELETA,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING AND TO ENLARGE THE TIME IN WHICH MR. KELETA CAN FILE HIS MEMORANDUM IN AID OF SENTENCING

The government has no objection to defendant Keleta's motion to continue the sentencing and to set a new date for the filing of sentencing memoranda. Government counsel has reviewed the dates that Mr. Keleta's counsel has suggested for the sentencing hearing. Government counsel has no conflicts with any of those dates.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

By: _____/s/_____
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
555 Fourth Street, NW
Room 11-437
Washington, D.C. 20530
(202) 353-3602
jay.bratt@usdoj.gov

**Certificate of Service**

    I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Response to Defendant's Motion to Continue Sentencing and to Enlarge the Time in which Mr. Keleta Can File His Memorandum in Aid of Sentencing on James W. Beane, Jr., counsel for the defendant, by electronic means this 26th day of October, 2006.

                                           /s/
                                      Jay I. Bratt