# EXHIBIT 1

**KELETA**
Riggs Bank Wire Transfers by Destination Country
May 2001 - September 2002
($8,251,544 USD Total)

Legend:
- Eritrea
- Israel
- Italy
- Kenya
- Saudi Arabia
- South Africa
- U.S.A.
- UAE

Values:
- Israel $250,000
- Italy $340,000
- Kenya $100,000
- Saudi Arabia $70,000
- South Africa $24,000
- U.S.A. $254,052
- UAE $209,735
- Eritrea $7,003,757

Government Exhibit No. 13
Cr. # 05-371 (CKK)