# EXHIBIT 2



KELETA
Authorized Wire Transfers
May 2001 - July 2002
($2,858,845 USD Total)

- Canada $2,000
- Eritrea $2,501,456
- Germany $1,990
- Holland $700
- Italy $25,660
- Kenya $28,253
- Libya $12,020
- Saudi Arabia $249,230
- Sweden $27,820
- Syria $1,000
- UAE $2,840
- United Kingdom $5,876

Government Exhibit No. 14
Cr. # 05-371 (CKK)