# EXHIBIT 9

Westlaw.                                                                                    NewsRoom

10/20/06 USFEDNEWS (No Page)                                                                Page 1


10/20/06 US Fed. News (Pg. Unavail: Online)
2006 WLNR 18435325

US Federal News
Copyright 2006 US Fed News (HT Syndication)

**October 20, 2006**


VIRGINIA MAN SENTENCED TO JAIL FOR OPERATING ILLEGAL MONEY TRANSMITTING BUSINESS
THAT MOVED $28 MILLION


ALEXANDRIA, Va., Oct. 20 -- The U.S. Department of Homeland Security's U.S. Immigration and Customs Enforcement issued the following press release:

Chuck Rosenberg United States Attorney for the Eastern District of Virginia, William F. Reid Special Agent In Charge U.S. Immigration & Customs Enforcement (ICE), Washington, DC, and Bob McDonnell Virginia Attorney General announced today that Dominic Adu-Gyamfi, of Potomac Falls, Virginia, was sentenced by the Honorable United States District Judge Claude M. Hilton to 12 months and one day in federal prison and two years supervised release following a guilty plea in U.S. District Court in Alexandria, Virginia on May 16, 2006.

Adu-Gyamfi plead guilty to a one-count information charging him with **18 U.S.C. 1960**, operating an illegal **money transmitting business**. Adu-Gyamfi has agreed to forfeit approximately $241,452 seized by ICE agents and investigators from the Attorney General's office during raids conducted on Gyamfi's business and residence in November 2005.

According to investigators, in 1992, Dominic Adu-Gyamfi incorporated Reston International Corporation in Virginia and established himself as president of the corporation doing business under the name of "RediKash."

From December 2002 through the end of 2005, Adu-Gyamfi and others under his direction wire transferred over $28 million from two business locations, one in Falls Church and another in Woodbridge , to recipients in Thailand , Saudi Arabia , Ghana , England , Hong Kong , China , Cyprus and India .

In 2005, the Virginia State Corporation Commission (VCC), Bureau of Financial Institutions directed Adu-Gyamfi to "immediately cease any and all money transmission business since it was not licensed to conduct such business [in Virginia ]." Adu-Gyamfi continued his illegal business, despite these warnings.

"ICE will continue to work with other federal, state and local law enforcement agencies to disrupt and interdict the hundreds of millions of dollars that leave

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the country each year through these illegal operations," said Special Agent In Charge Reid, "The threat posed by illegal money transmitting businesses is serious and serves as a magnet for criminal organizations or terrorist groups that can use these firms to move funds anywhere in the world with no questions asked."

Virginia Attorney General McDonnell said, "Friday's sentencing concludes a one and half year long investigation that extended from Virginia to Ghana . "Adu-Gyamfi is just one of many unlicensed money transmitters who attempt to operate in the Commonwealth without being licensed. As we have seen in the past, these types of operations are frequently used by drug traffickers, alien smugglers, individuals linked to human trafficking as well as by terrorist support cells.

This case was investigated by the Virginia Office of the Attorney General and the Annandale , Virginia , High Intensity Drug Trafficking Area money laundering group, comprising of investigators and special agents and from the U.S. Immigration & Customs Enforcement, the Federal Bureau of Investigation, Metropolitan Police Department , Washington , D.C., Prince William County Police Department and the Virginia Office of Attorney General. Assistant Attorney General Jessica Wzsalek and Assistant United States Attorney Gordon Kromberg are prosecuting the case.

HTS amac 061024-641861 CANIRBAN

---- INDEX REFERENCES ----

COMPANY: METROPOLITAN HOLDINGS LTD

NEWS SUBJECT:  (Legal (1LE33); Social Issues (1SO05); Government Litigation (1GO18); Police (1PO98); Crime (1CR87); Fraud Report (1FR30); Judicial (1JU36); Criminal Law (1CR79))

INDUSTRY:  (Smuggling & Illegal Trade (1SM35); Security (1SE29); Homeland Security (1HO11))

REGION:  (Americas (1AM92); North America (1NO39); Ghana (1GH21); District of Columbia (1DI60); Africa (1AF90); USA (1US73); West Africa (1WE48))

Language:  EN

OTHER INDEXING:  (ANNANDALE VIRGINIA HIGH INTENSITY DRUG TRAFFICKING; ASSISTANT ATTORNEY; FEDERAL BUREAU OF INVESTIGATION; GYAMFI; ICE; MCDONNELL; MCDONNELL VIRGINIA ATTORNEY; METROPOLITAN; POLICE DEPARTMENT; RESTON INTERNATIONAL CORP; US DEPARTMENT OF HOMELAND SECURITY; US DISTRICT COURT; US IMMIGRATION CUSTOMS ENFORCEMENT; VCC; VIRGINIA OFFICE; VIRGINIA OFFICE OF ATTORNEY; VIRGINIA STATE CORPORATION COMMISSION; WILLIAM COUNTY POLICE DEPARTMENT)  (Adu; Adu-Gyamfi; Charge Reid; Claude M. Hilton; Customs Enforcement; Dominic Adu; Dominic Adu-Gyamfi; Gyamfi; Jessica Wzsalek; Virginia; VIRGINIA MAN SENTENCED; William F. Reid)

Word Count: 676
10/20/06 USFEDNEWS (No Page)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.