UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05 - 731 (CKK) |
| : | |
| KESETBRHAN M. KELETA : | |
| : | |
| Defendant : | |

### MOTION FOR LEAVE TO LATE FILE RESPONE TO GOVERNMENT'S MEMORADUM IN AIDE OF SENTENCING

COMES NOW Defendant, by and through counsel, and respectfully moves for leave to late file his Response to the Government's Memorandum in Aide of Sentencing. Counsel states the following in support of this motion:

1. Counsel is preparing for a trial before Judge Roberts that is scheduled to last 4 to 5 months. The discovery in this case now consist of over 139 compact discs of information. In the last two weeks the government has provided an addition 6 compact discs containing hundreds of pages of documents.

2. Counsel is currently preparing a brief for filing in the Court of Appeals for the District of Columbia. The current deadlines that counsel faces are due primarily to events being rescheduled to accommodate trial preparation for the upcoming trial before Judge Roberts. Prior to December Counsel's investigation and trial preparation were on schedule, however due to circumstances beyond counsel's control new discovery is being provided and must be digested and investigated prior to the beginning of trial.

3. None of the difficulties faced by counsel are the fault of Mr. Keleta and he should not be prejudice because of it.

Accordingly, counsel requests that the Court continue this matter.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Jay Bratt, via the ECF system on this 25th day of January, 2007.

/s/
James W. Beane, Jr.