UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 731 (CKK) |
| | : | |
| KESETBRHAN M. KELETA | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kesetbrhan M. Keleta's Motion For Leave to File Response to Government's Memorandum in Aide of Sentencing. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of January, 2007,

ORDERED that Mr. Keleta's motion is granted. It is

SO ORDERED.

_____         _____
DATE                              Colleen Kollar-Kotelly
                                  UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney      James W. Beane, Jr., Esquire
    Jay Bratt, Esquire                    2715 M Street, N.W.
    555 Fourth Street, NW                 Suite 200
    Washington, DC 20530                  Washington, DC 20007