

# Ebenezer World Wide Radio Ministry

PO Box 161 - Columbia, PA 17512 - (e-mail) ebenezerradio@juno.com
(USA) www.wnwr.com - (International) www.biblevoice.org
*...He named it Ebenezer, saying, "Thus far has the LORD helped us." - I Samuel 7:12*

EWWRM
Director:
Evangelist Yilma Aklog

James W Beane Jr.
2715 m. Street, NW Suite, 200
Washington, DC 2007

Re: Kesetebrhan M. Keleta

We have known Mr. Keleta as humble and honest man. He dedicates his time to share with friends and family. As person he is always ready to help and share his advice with out taking any position.

Mr. Keleta is loved and cared by members of a family, community and business acquaintances. We never heard any negative about him at any stage. He is a man of integrity & trustworthiness and truly Christian.

When I talk to him to train and help my sister who came from Ethiopia and did not speak English, he did not hesitate at all. And he took my sister and gave a room to sleep with his family. and thought her for 3 month. Every day for three month he thought her for 2 hours of English language training in the morning, and 4 hours of restaurant cooking and customer service training, and 2 hours in the evening about health in restaurant training with no pay. He does not differentiate any race or tribe even though at this time there is a bad relation with Eritrea & Ethiopia. He loves every one like any person. I & my fiancés were pleased with his hospitality, trustworthiness and his honesty.

He is hardworking man and very loyal to his family, friends and community. He is a very strong in his faith and in loving his relatives around him and abroad. In addition he is willing to do any thing by going out of his way in order to improve either, someone's life or any work in the community or business environment.

If we can provide any additional information, please do not hesitate to contact us.
717-381-5280

Regards,

Yilma Aklog

*"Accuser is a Loser"*
—Cindy Jacob

08/29/2006  12:42   3016509103                SYMBIONT                           PAGE  02/02

August 28, 2006

James W. Beane, Jr
2715 M. Street, NW Suite 200
Washington, DC 20007

Dear Mr. Beane:

The following is a character letter of reference on Mr. Keleta. I have known him for the past four years.

I was introduced to Mr. Keleta through a business associate of my fathers. Mr. Keleta needed assistance with identifying specific information technology solutions for various client problems. Over the years, we discussed several software and telecommunication related projects. While none of the projects were ever funded for implementation, we never-the-less spent a great deal of time discussing various solutions and how he could get his projects funded.

During the years of working with Mr. Keleta, on a business level, I have found him to be humble, goal oriented, and hard working. On a personal level, I have found him to be honest, caring and giving.

If you need additional information, please do not hesitate to contact me at 301-650-0069, ext. 116 or my cell at 202-251-2599.

Regards,

Sterling Ward
President
Symbiont, Inc.



# Zion Bible Church
## "Christ's Lighthouse to the Community"
1550 N East Street   York, PA 17402
(717) 755-0585

August 30, 2006

Elizabeth H. Suarez, MSW
United States Probation Officer
Presentence Investigation Unit
E. Barrett Prettyman US Courthouse
333 Constitution Ave., N.W.  RM 2800
Washington, DC 20001

Dear Elizabeth,

   The reason I am writing this letter is to speak on behalf of my good friend Kass Keleta. I am the pastor of Zion Bible Church, and have known Kass and his family for a little less than a year. I have been very impressed with his sincerity and work ethics. He seems to be very honest up front in all his dealings. We have spent many hours talking, and my wife and I frequent the little cafe he owns here in York. He is a good business man and a great family man.
   Pleas bear with me, as I would like to share the reason of the probability of Kass's innocence. My wife and I were missionaries in the Dominican Republic for 28 years. Living in a foreign country has opened my eyes as to how corrupt government officials and police officers can be. They themselves get involved in crime for political or monetary gain, and woe to the person who exposes them, or causes a threat. Using escape goats is not uncommon either, as someone has to take the blame and pay for the crime. Many innocent people have been executed. I've seen murder, bribery, extortion and more. A co-laborer missionary couple was murdered one night --- beaten to death in bed. Years later we discovered the truth from an old ex military captain when we moved into his neighborhood. The colonel at that time was paid by a group of doctors and pharmacists to have the couple murdered, because the missionaries had a small medical clinic and gave consults and medicine at very low cost to the poor. It was affecting their business. This same story was validated and reconfirmed to us by a friend of one of the guys paid to do the crime. The colonel was never punished.
   I could go on and on – its unbelievable, but you have to live in a third world country to see it. I guess that is why I believe in Kass's innocence. I truly believe he was framed and I pray you will do what you can to help. Thank you for taking the time to listen. May God bless you and grant you wisdom.

Sincerely,

Rev. Ben Woodring

Pastor Benjamin Woodring
716 York Street
York, PA 17403
Ph. (717) 845-4018



Wednesday, August 31, 2005-

To whom it may concern:

My name is Asress Araia, I am an Ethiopian of Eritrean origin living as an asylee in the United States of America.
While in Ethiopia and prior to the Ethio-Eritrean war of 1998 I was the Ethiopian Airlines Chief Pilot. I had been with the Airline since 1960.
I am now writing this letter as a testimonial to the good and honorable character of Mr. Kesete Mebrahtu, who among other things is a close relative of my wife. I also know his parents and the wonderful parental love and respect they have for him.
I have known Kesete since the eighties when he came to Addis Ababa, as very young man. He never ceased to amaze me with his positive and confident outlook of life, his desire to do well by pursuing his education and dedicating his life to hard work.
His love for his parents and the rest of his family was always a source of joy to all of us and personally I liked to see him around my family as he provided a very good role model for my children.
Off and on I followed his career over the years and I have always been his well wisher. Although I did not know the details of his activities in connection to the Eritrean Government I have no doubt that he has served them honorably and legally.
Since his marriage to his wonderful wife Hermon and the arrival of his two lovely children, my wife and I have always admired the exemplary nature of his parental skills and the amazingly wonderful sense of partnership that he has established with his highly educated wife. I say amazing because he has departed from the ruinous culture of treating a wife as an inferior and has come out as a true and equal partner to his wife.
I wish him well and I hope that his trust in the sense of honor of the people he has been dealing with has not put him in difficulties.

With Kindest regards,

Asress Araia.
2739 SW 323 St-
Federal Way  Wa. 98023

August 28, 2006

James W. Beane, Jr
2715 M. Street, NW Suite 200
Washington, DC 20007

Dear Mr. Beane:

The following is a character letter of reference on Mr. Keleta. I have known him for the past four years.

I was introduced to Mr. Keleta through a business associate of my fathers. Mr. Keleta needed assistance with identifying specific information technology solutions for various client problems. Over the years, we discussed several software and telecommunication related projects. While none of the projects were ever funded for implementation, we never-the-less spent a great deal of time discussing various solutions and how he could get his projects funded.

During the years of working with Mr. Keleta, on a business level, I have found him to be humble, goal oriented, and hard working. On a personal level, I have found him to be honest, caring and giving.

If you need additional information, please do not hesitate to contact me at 301-650-0069, ext. 116 or my cell at 202-251-2599.

Regards,

Sterling Ward
President
Symbiont, Inc.



## ባንክ ልምዓትን ወፍርን ኤርትራ
## بنك التنمية والاستثمار الارتري
## ERITREAN DEVELOPMENT AND INVESTMENT BANK

Date **10 MAY 2002**

Ref. **272/02**

Systems Solutions Management
7628 Eastern Avenue. W, Suit LL11
Washington, DC 20012
(202) 829-7283 Fax: (202) 829-7289

**Attention Mr. Kesetebrhan M. Keleta, V. President**

Dear Mr. Kesetebrhan,

I hope you are already in receipt of the Fax message I sent to you on the 6th of May 2002 which informs you that your company SSM has won for the supply of the Standard Banking Software albeit you will come to EDIB to sign the contract after we got the formal letter of approval from the African Development Fund (ADF), which is the sponsor of the software. Now we have received the formal letter from the ADF and I am again pleased to inform you that your Company namely Systems Solutions Management Inc. (SSM) has won the bid for the supply of standard Banking software.
According to our bid evaluation results SSM stood first by scoring 97.5% followed by Fintch from Kenya and Kindle from Ireland which scored 64.5% and 58.2% respectively.

Hence, Mr. Kessetebrhan you are kindly invited to come to EDIB, Asmara, to negotiate and sign the contract.

Best regards,

Tadesse Haile,
Member and Secretary of the Bid evaluation committee

Tel. 291 - 1 - 12 67 77 -          e-mail: edib@tse.com.er          P.O. Box 1266
Fax. 291 - 1 - 20 19 76                                              Asmara - Eritrea