Kesete copy.

August 13, 2001

Ambassador Girma Asmerom
Embassy Of Eritrea
1178 New Hampshire Ave.
Washington, DC 20091

Dear Mr. Ambassador,

Re: **Embassy Assessment Review**

I would like you to inform you that I have completed the requested embassy management
& information system assessment we started on July 12, 2001. I have had numerous
challenges and wonderful interviews with embassy personnel. According to our recently
discussion on how to analyze the problem I present you this report to over view the
complete assessment highlights prior to analyze the problem and challenges. I
summarized the major points on what the assessment was focused on.

The assessment was focused based on the following organization development
characteristics.

1. Planned Change - change is planned by Mr. Ambassador Asmerom to achieve
   goals.
2. Collaborative Approach - Involves collaborative approach and involvements.
3. Performance Orientation – Emphasize on ways to improve and enhance
   performance.
4. Humanistic Orientation – Emphasizes upon increased opportunity and use of
   human potential.
5. System Approach – Relationship among elements, work flow, job duty &
   responsibility, technology & application usage, management excellence,
   information & data management, top quality customer service.
6. Organization or Embassy Structure Approach - The embassy Plano gram of
   departments and utilizing effectively the coordination of work and customer
   areas.

The specific topics or assessment done in interviewing embassy personnel are as follows:

1. Organization Manual
2. Job Descriptions
3. Each department activity in providing service and preparing a report
4. Each department personal point of view on the work load
5. Each department personal needs and expectations
6. Each departments personnel work related problems
7. Each department personnel technical & managerial difficulties

8. Each department personnel training (technology & application) difficulties
9. Over all organization Structure
10. Over all organization work-flow system
11. Over all organization Input & out put data structure
12. Over all organization management of information system structure
13. Over all organization financial data management structure
14. Over all organization technology equipment & Software setup

I am hoping the above stated objectives you may find it substantial assessment for analyzing the speculated embassy problems. We can also add any additional specific topics to explore if they are needed in the future as we go on.

Thank you very much for your cooperation.

Sincerely,

Kesete M. Keleta
EK Data Systems inc.

# Systems Solution Management, Inc

### *Business & Systems Solution Management*

### *Business Information & Data Management System Design*

### *Management & Information Systems & and ID Card Production*

### *Project*

### *Proposal for the Year 2002*

### *For*

# Ministry of National Security and Immigration

---

Systems Solution Management, Inc    7826 Eastern Ave, Suite Ll 11 Washington, DC. 20012    US   E-mail address
P. O. Box 5542   Tel.   127551  Asmara, Eritrea   E-mail aron@tse.come.er                        ekst@mindspring.com

August 26, 2001

**Gebretensae Tewelde, Colenel**
**Director of Eritreans Immigration Department**
**Asmara, Eritrea.**

**Dear, Mr. Tewelde,**

According to our agreement I put together the requested information for our Business Information Systems, ID Card Production Management Project and Management Consulting Services. As we discussed the nature of the case, we did evaluate in detail all phases of activities and functional areas of all branches and associate companies & their activities and the structure of their requested data or information flow.

However, the most important issue at the present time is to design the organization information system, the organization technology infrastructure, organization department workflow structure, the organization Data Base structure, the organization hard copy documentation archives system, the new ID Card Issuing processing system and its data management with the old or existed documentation, design the organization newt work infrastructure, to train immigration staff to be able to provide the service of installation, maintenance, management and coordination of the organization computerization system  in order  to create advanced public service office.

We are providing you a very short summary report and recommendations. We believe that the product that you are looking in acquiring the ID CARD Processing is not the best solution to the entire nation security system and the organization itself. The Eritrean Immigration office should be able introduce a complete solution that includes the old data of information while introducing a new ID CARD Processing system.

Currently we are operating Under Aron Business & Systems Mgt. Company, located on Hailu Abebe, Street no. # 31 in Asmara, Eritrea. We are providing a turn key contract with the government office in Designing Organizational Information System, introducing organizational Development Assessment, Evaluating Organizational Technology Infrastructure, Introducing and Training Business Applications, Recruiting and Training Human Resource in major fields of profession and technology and over all the goal of SSM is to transfer the Know-how of the business practice where the client is in.

I thank you and your department personnel for the time you spent to discuss and understand the existing problems and trying to fined the remedies. We will be delighted to provide you a solution for any concerns in relation to the current projects. If it is possible we will be interested to give you a demo about our services and products. We are providing you this summary due to your urgent request. We can provide you a complete elaboration for the intended service & products in the near future. We are looking forward to working with you in these projects.

Sincerely,

Keste Mebrahtu Keleta
Systems Solution Management, Inc.

2

## INTEGRATED INVENTORY CONTROL SYSTEM

- All needed transactions regarding inventory Items
- Inventory FOFO or LIFO system Summary
- Procurement of Purchase Merchandise
- Inventory Statement per every Item
- Inventory Item Price Control System
- Inventory Weighted Average system Summary

## REPORT WRITER

Report Writer Option allows you to access the enormous pool of information you have gathered on your Customers, and arrange it in ways that can help you grow and market your organization.

## "LIFE –LINE" DIAGNOSTICS

This is a remote diagnostics tool useful in identifying and correcting certain software and hardware errors. The option comes complete with PC Anywhere, USRobotics/3-Comm Modem and cable.

This feature gives SSM's staff remote access to your desktop (if you create a new branch) allowing them to see exactly what is occurring on your PC. SSM staff can then quickly diagnose problems, and offer more immediate solutions. The components of this option include software supplied by another manufacturer. Maintenance on this options covers routine support and installation, and basic trouble shooting. Additional support is available from the software manufacturer. Updates and enhancements to this software may be available from SSM or the manufacturer from time to time at an additional charge.

## ON-SITE HARDWARE INSTALLATION

The Onsite Hardware Installation option is available to banks and facilitates the introduction of new computer equipment to the Pharmecor unique environment.

Hardware purchased from SSM is configured for your bank based upon a through analysis of the needs and business practices of your organization. A critical step to getting your organization use SSM software is the proper installation of the computer hardware at your location.

Systems installation personnel are professionals who are familiar not only with the hardware but also with SSM software assuring your organization that the components of your system will work in concert and be ready when you open for the first day of your business. In addition to the onsite personnel, there is a staff of technical support professionals that act as checks and resources for the installation representative assuring you that any challenges in the installation process are met and solved by the highest caliber support staff.

For Pharmecor Eritrea                                                                                    2

**Findings from the meetings, discussions and observation of Management &
Information Systems Need, Data warehouse, Document Archives & Financial
Transaction and Management practices of Immigration.**

1. There is no organized computerized central database system.

2. There is no professional application for data warehouse financial and managerial application is installed.

3. There is no a database system designed and training has been given for MIS purposes.

4. The organization reports are not generated from central database of an appropriate application that reflect in detailed transaction.

5. The status & the know-how of its departments & their activity are not compiled and analyzed by selected & professional application and prepared for decision makers timely and efficiently.

6. There is no advanced knowledge of processing the tasks and projects on professional application by the department.

7. The processing methods of all sections, departments and external agencies both managerial and financial are not available in the universal plat-form of application database procedures.

8. There is no central database report of all sections, department processed on selected professional multi-user friendly application in a network effectively, efficiently and timely.

9. Visa Status problems, exit & entry problems, projects status, requested document   flow or management's decision report and claim returns, are not monitored and controlled with proper application. Yes, it has been processed manually by taking very long time and high cost of processing.

10. There is no a central database by type and department requested issues for auditing and controlling department that monitors and audits the progress, the approval and pending data of all sections & departments and forecasts their request data status with a professional imaging and multimedia application.

11. There is no central database off all Eritreans embassies & consulate, government agencies, local government & city representatives and foreign embassies & consulate in Eritrea & International agencies and NGOs and their detailed information of human resources and administration. If there is, it is processed manually and not organized in appropriate application for generating multi-purpose report.

12. There is no central database off all employees and their detailed information of human resources and administration for recruiting and training purpose. Yes, it is processed manually and not organized in appropriate application for generating multi-purpose report.

3

# FEW OF SYSTEMS SOLUTION MANAGMENT, INC OBJECTIVES

A) Identifying and analyzing organization information system needs and problems of Immigration of Eritrea

B) Acting as a business solution company for the growing organization in this complex systems and volatile business environment by applying the new high-tech applications & processing devices & equipment's and innovative ideas

C) Structuring the organization information system to provide:

- Decisions Making Process – Planing, Processing, Organizing, Coordinating, Controlling, Reporting & Updating & Customizing

- Developing info-systems -that consists of orderly selected data of all activities used in all sections, departments, local government & ministry level and external embassies for decision making

- Designing a system to integrate through exchange of information with EDI system

D) Cerate and design efficient and effective systems of retrieving and sending data and managing the database systems.

E) Creating an organized data in a secured environment for the archives and imaging system, which is processed electronically and managed in computerized application system. This system is fully secured that for each database specification and user needs requested specific password logging.

F) Design and set-up a universal plat-form for on-line data & imaging processing method, for all sections & branches and linked with a local or WAN network system in order the management team to have unlimited access & at any time for generating reports and updating their database with the permission of database administrator.

4

# Systems Solution Management, Inc. can provide the following summarized services for discussion and argument purpose

It is important to define the real problems of the organization either the implemented system or the structure and the channels of the organization flow of information system.

At the moment the Desk-To-Desk system should be replaced with Well-Cell system.

The Immigration department project plan could be classified in to the following sections.

Over view, phase plan, organization plan, test plan; change control plan, training plan, review and reporting plan & installation and operation plan.

Systems Solution Management, Inc will create efficient and effective sophisticated environment addressing planning, Coordinating & controlling issues for all managers of Immigration and Its sections & department to understand their problems and concerns on time and be able carry out their duty in a simplified system and increase their organization productivity.

Systems Solution Management, Inc will also introduce human resource development training program on specific service specialized techniques and software whether it is in production, sales and accounting. This training will contribute to an update systems design and computerized processing method which will lead to a greater success of the organization by reducing manual processing cost and greater confidence and moral to the employee.

To be able understand the issue and be able analyze in depth the main-project, it would be necessary to go over the following main components or elements of setting up a systems of Management of Information Systems.

5

## SYSTEMS

This can be described simply as a set of elements joined together for common objectives. The concept applies to the integration of the subsystems through information interchange. Departments, such as Customer service, Claim section, and Issuing section, financing section, public relations, management, operation and administration are working at cross-purpose. The system concept of IS, is therefore one of optimizing the output of the organization by connecting the operating subsystems through the medium of information exchange.

Thus, Systems Solution Management, Inc will design & setup the necessary information system that produce useful, accurate, secured & timely information according to the needs and orders of the management for all level managers; strategic, tactical and operational level.

## INFORMATION SYSTEMS

What is information Systems?

An information system comprises computer-based processing and / or manual procedures that provide useful, complete and timely information. This information must support management decision-making in rapidly changing business environment. The IS must supply managers with information quickly, accurately and complete data.

## MANAGEMENT SYSTEM

It comprises the process or activities that describe what mangers do in operation of their organization. Systems Solution Management, Inc will introduce new techniques and data management systems on financial data that support the management to plan, organize, coordinate & control operations. To carry out these managerial duties the management must have an organized well-designed, accurate, timely and secured data on a daily basis.

## DATABASE MANEGMENT SYSTEM

Data must be distinguished from information, and this distinction is clear and important for our purpose. Data consists of facts and figures that are not currently being used in a decision process, and it usually takes the form of historical records that are recorded and filed without immediate intent for retrieval.

Beyond this, Systems Solution Management, Inc. is well familiar with the new trend of information systems and is well versed in the storage and retrieval of data using CD's and other imaging services. Our company also can provide direct services to our customers in terms of maintaining customer records, providing data processing services and/or providing our customers with customized software.

## FINANCIAL & ACCOUNTING DATA SYSTEM

One of our supporting documents are, ledgers, other records that comprise the source material for profit-&-loss statements, monthly, quarterly and annually business activity reports. This information consists of data that has been retrieved, processed, or otherwise used for informative or inference purpose, for argument or decision-making. Systems Solution Management, Inc will provide a complete system of financial accounting system, financial reporting data, software & know-how and other financial management package and training manuals.

## HUMAN RESOURCES DATA SYSTEM

Corporate or other organizations will not be effective with-out the knowledge of and what type of caliber of human resource one has and how their human recourses is functioning. It is very important to have an up to date data of human resources whether it is for reporting purpose, training & recruiting for other positioning and understanding the level of skills and sharing the corporate policy to all sections.

7

## **PROJECT WORK PLAN**

## ID Card Processing & Monitoring System

1. Introduction

The Eritrean Immigration is on the process of creating a new procurement department & systems management department. These procurement & management departments' activities involve ado-hoc meetings and contracts requirement design and awarding ranging from few hundreds to thousand dollars as in any other immigration standard in the world.

To insure efficiency and proficiency in its procurement process, a need exists to:

- Identifies Prime contractors, subcontractors and other local agencies
- Identify the contract specialist and project manger for contracts
- Provide contract status (active, inactive (stop work order), Closed, etc.)
- Monitor delivery of goods & services
- Provide management information concerning the overall procurement and contracting activities
- Identify the contractor that provide business solution for the entire organization

2. Project Scope

To meet the needs listed above, OCP requires contractor support to design, develop, and implement a contract monitoring system. This system is initially to be operational within OCP of the embassy. To prepare for long-term operational concept, design technology infrastructure, advanced application system, powerful relational database, an Internet based solution for all embassies communication is to be developed that takes advantage of relational database technology, electronic notifications, e-mail, faxing, e billing and more. This sharing of the system will provide OCP management and other embassy branches with clear picture of its procurement and contracting activities.

3. Procurement Methodology

To insure that the organization selects a qualified vendor, a statement of work (SOW) will be prepared analysis of the entire project based AS-IS status for a long-term projection. Vendors will be requested to provide proposal as to how they will complete the SOW within the allotted timeframe. Based on the review of each proposal, OCP will invite each vendor to provide an oral discussion of his or her proposal. Each Vendor should have at least 2 hours (including time for questions and answers) to make presentation

4. Project Success

In the past so many information systems have failed to meet expectation that the organization (EI) must take percussions to insure success. In addition to a buy-in from applicable stakeholders, one of the most important precautions that will be taken within the contract monitoring System is the

8

appointment of a System Custodian. The System Custodian will be the person who has expert knowledge of the system, requested changes to enhance the system, and is the owner of the database. No one else will be authorized to add, delete, or modify data in the database. This concept ensures procurement data integrity and provides OCP with the confidence to use this information as the official system of records for procurements and contracting.

5.  Statement of Work

To insure overall success for the Contract Monitoring system, the project will require three (3) PHASES:
System Definition, System Prototype, and System Implementation

### 5.1 Phase I – System Definition

This phase requires the Systems Solution Management, Inc. ( as a contractor ) to develop an understanding of the current operating procedures, business process, and organization structure of OCP. The contractor shall also document the current information technology environments with respect to office automation. The contractor shall meet with stakeholder to obtain buy-in for this project. Departments will be interviewed to define the functional requirements of the Contract Monitoring system. Other tasks that shall be performed are as follows.

This phase is also concerned with defining new operating environments as it relates to the business process of the OCP, Existing environment & future human resource recruitment & training facilities and is concerned with defining a new information technology environment that takes advantage of existing equipment and addresses new technology such as the Internet. Specifically, the contractor shall perform the following:

- Define goals and objectives for the Organization Information Systems & ID Card project Monitoring System
- Define proposed IT/Business environment (system structure)
- Define new applications features and functions
- Information that is to be stored and maintained
- Access and retrieval requirements
- Standard queries and reports
- Storage requirements etc.

### 5.2 Phase II – System Prototype

Based on the acceptance of the functional system design document, the contractor shall develop a proto type Contract Monitoring System. The proto type consist latest data base servers application and programs. The proto type shall constitute approximately 40% of the over all functional requirements. OCP is to use the system, note any problems, and provide written recommendations to enhance the prototype system. These recommendations shall be incorporated into a final production system.

9

### 5.3  Phase III- System Implementation

Systems Solution Management, Inc. shall incorporate parts from the preliminary implementation schedule and prepare a detailed implementation Plan for the Contract Monitoring System. The implementation Plan shall include, but not be limited to, the following:

- Kick-Off Meeting – to discuss the final implementation plan and to address any concerns, and clearly articulate the expectations, and identify action items by the organization (EI) and the contractor
- Final system architecture and platform
- Definition of documentation to be provided: User's Manual and System Administration Manual
- Acceptance Test Plan – definition of acceptance criteria and testing procedures

### 6.  Project Management

Systems Solution Management, Inc. shall also discuss the overall management and organization of this project, and how its fits within his/her company. The project manager, his/her duties and responsibilities, and the staff will be identified.

Enclosed please fine a sample of the latest ID products that we can offer.

Systems Solution Management, Inc

Business & Systems Solution Management and Consulting Service.

October 12, 2001

Mr. Kass M. Keleta
System Solution Management, Inc.
7826 Eastern Avenue
Suite LL11
Washington, DC 2002

**Subject: Embassy of Erithrea Database Management System**

**Reference: Your Letter and Attachment dated October 11, 2001**

Dear Mr. Keleta:

Symbiont, Inc. is pleased to submit its proposal to design and develop a MS Access database system for the Embassy of Erithrea. From my understanding the database will contain four groups of information: passport and passport renewal, entry visas, ID and ID renewal, and 2% Tax.

**Tasks**

In an effort to develop the database, Symbiont will perform the following tasks. These tasks will result in a fully functional pilot database. This database can then be expanded to include additional functions and upsized to MS SQL.

Task 1 – Validate the Vision and Expectations for the Database System

Under this task, Symbiont will meet with you to discuss your letter and information provided to us on October 11th to ensure that we understand exactly what is needed.

Task 2 – Document the Functional Requirements

This task requires Symbiont to define the requirements that the database system is to meet. This task will define the data that is to be captured, the data entry forms that are to be used, and the reports that are to be produced.

Task 3 – Design the MS Access Database

Symbiont will design the database based on the information contained in your letter and the Functional Requirements from Task 2.

Mr. Kass M. Keleta
System Solution Management, Inc.
October 12, 2001
Page Two


Task 4 – Develop Embassy Database

Symbiont will develop the MS Access database in accordance with the Functional Requirements as documented with the completion of Task 2.


Task 5 – Conduct Acceptance Test

Symbiont will conduct an Acceptance Test using the Functional Requirements as the criteria for acceptance. Any deficiencies, mistakes, misunderstanding, etc. must be presented in writing. Symbiont will make the necessary changes/enhancements to complete the database based upon receipt of these written comments.

This proposal does not include the development of any documentation, training, or data conversion. These can be under taken for an additional fee. The total price for this effort is $20,000. This price is valid for a period of 60 days from the date of this letter.

In order to begin work, Symbiont requires a retainer in the amount of $10,000. Upon receipt of this retainer, Symbiont will proceed with this effort.

Should you have any questions, please call me at (202) 887-6800. We think you for this opportunity and look forward to a good relationship.

Sincerely,



Charles E. Casteel,
Sr. Vice President

**The System For Sales & Distribution**

7628 Eastern Avenue, N.W, Suite LL11
Washington, DC 20012
(202) 829-7283 Fax: (202) 829-7289
edib@mindsprind.com
www.svsma.com

December 11, 2001

Mr. Misgena Teklab
Pharmecor Eritrea
Asmara, Eritrea

Dear Mr. Teklab:

I am pleased to send you our proposal for a SSM System designed for your Sales and Distribution & Inventory control system. Our proposal is based on our analysis of your organization's needs and requirements.

We realize that you have many options as you contemplate acquiring a new accounting system. While the evaluation process is completed, we believe that SSM system is the best choice for several reasons.

SSM understands Sales, Inventory Control in Customer Sales Service Industry. The SSM system is easy to use, yet it is both powerful and flexible. The system has refined the system over the years to respond to today's needs in the Sales & Inventory Control marketplace.

The system is backed and supported by a professional support organization. Our toll-free hot line is staffed 24 hours a day, 7 days a week. We have extensive knowledge and experience with Sales and Distribution as well as Inventory Control and their needs as well as with computers and networks.

In summary, SSM has more to offer todays and the future than any other vendor or processor.

Thank you for the opportunity to propose the SSM System to your organization. I will call you soon to see if you have any questions about this proposal. Please feel free to call me, fax me, in the meantime if I can answer any questions or expand on any areas of this proposal.

Sincerely,

Kesete Mebrahtu Keleta
V. President

For Pharmecor Eritrea

Date: 11/06/01

**To: Pharmecor Eritrea**

Gentlemen and /or Ladies:

Having examined the Verbal Discussion On our Meeting and few work related documents for sales and store department of which is hereby duly acknowledged, offer to supply and deliver (The Requested System Application and Consulting Service, Electrical Equipment & Computer Cost, Setup and Configuration, Training & Continual Technical Support) in conformity with the said bidding documents for the sum of (61,155.00 Sixty One Thousand One Hundred Fifty Five Dollars) according the options or such other sums as be ascertained in accordance with the schedule of prices attached here with and made part of this bid.

We undertake, if our bid is accepted, to deliver the goods & services in accordance with the delivery schedule specified in the list of cost. The Consulting Service will continue as long as your organization is working with SSM

If our bid is accepted, we will obtain the guarantee of a bank in a sum equivalent to 1% of the contract price for the due performance of the contract.

We agree to abide by this bid for a period of 30 days from the date fixed for bid opening if it is today.

Until a formal contract is prepared and executed, this bid, together with your written acceptance thereof and your notification of award shall constitute a binding contract between us.

We understand that you are not bound to accept the lowest or any bid you may receive.

Date this 11th, day of December 2001.

Signature

_Kesete M. Keluta_ _(signature)_

In the Capacity of

_V. President_

Duly authorized to sign for on behalf.

_S.S.E. Inc._

## Contract For Computerized and Application Setup and Computer Purchase

### For Pharmecor Eritrea

This CONTRACT ("Contract") is entered into this December 26, 2001 by and between Pharmecor Eritrea (the Client) having its principal place of business at Denden Street no. 84 and Systems Solution Management, Inc   (SSM) (the Vender) having its principal place of business at 7286 Eastern Av. Suite LL11, Washington, DC 12000 and in Asmara Representing SSM is ARON Business & Systems Mgt. P.L.C located on Street No. 853, House No. 37 Peradiso and its General Manager is Amanuel Sahle.

**WHEREAS,**  the Client has decided to implement the computerization for the whole Pharmecor Eritrea Organization Phase by Phase for the next 2 years.

**WHEREAS,**  the SSM  have agreed to setup, configure, train & implement Sales & Inventory department with complete computerized system and test the system to have US Standard Accounting System.

**NOW THEREFORE, the parties hereby agree as follows:**

1.    **Service**

- SSM shall perform the service specified in a Proposal for System Setup and Optional Service, " Terms of Reference and the Scope of Service " which is made an integral part of this Contract ("the Services)

2.    **Equipment**

- SSM shall Supply the following items for the **PHASE ONE PROJECT**
  - Server
  - Server Backup
  - Workstation
  - Printer

As specified In Proposal N0. 17892 dated 12/26/01 from Item No. 1 to No 1.4.

3.    **Term**

- SSM shall perform the service during the period commencing February 1, 2002 and continuing through February 21, 2002 or the parties in writing may subsequently agree on any other period.

بنك التنمية والاستثمار الارتري

ERITREAN DEVELOPMENT AND INVESTMENT BANK

TO:     SUSTEMS SOLUTION MANAGEMENT INC.          Date ........................................
        7628 EASTERN AVENUE, N.W, SUITE LL11
        WASHINGTON DC 20012                        Ref. ........................................
        USA.

FROM:   ERITREAN DEVELOPMENT AND INCESTMENT BANK
        ASMARA, ERITREA

SUBJECT:   SSM BANKING PROPOSAL

DATE:      26/12/2001

Dear Sirs,

We would like to refer to your proposal on integrated banking solution based on our IFB
No EDIB- ADF /IS/PRJ-1/12001. We have gone through your proposal thoroughly and
we require clarification on some items that are not clear to us. Our queries are briefly
recapitulated hereunder.

1.  On the pricing portion of your proposal the "tng standard banking software" is
    offered. We could not find the features and modules directly associated to the tng
    standard banking software being described in your proposal. We found a lot of
    references to FEDCOMP software being mentioned. Please specify the actual
    modules and the respective features of your standard banking solution. In addition
    we would like a Yes or No answers and some explanation to each of the
    requirements mentioned in the Request For Proposal (RFP). We are requesting the
    response to all the questions enshrined in the RFP once more because we failed to
    comprehend the core soft ware and its modules you proposed.

2.  Can you provide us with the customization fee?

The clarification can be in written and if possible you can present personally as soon as
possible in the first week of January 2002.

Best regards,

Ghirmai Yohannes, Project Coordinator

Kesete Copy.

August 13, 2001

Ambassador Girma Asmerom
Embassy Of Eritrea
1178 New Hampshire Ave.
Washington, DC 20091

Dear Mr. Ambassador,

**Re: Embassy Assessment Review**

I would like you to inform you that I have completed the requested embassy management
& information system assessment we started on July 12, 2001. I have had numerous
challenges and wonderful interviews with embassy personnel. According to our recently
discussion on how to analyze the problem I present you this report to over view the
complete assessment highlights prior to analyze the problem and challenges. I
summarized the major points on what the assessment was focused on.

The assessment was focused based on the following organization development
characteristics.

1. Planned Change - change is planned by Mr. Ambassador Asmerom to achieve
   goals.
2. Collaborative Approach - Involves collaborative approach and involvements.
3. Performance Orientation – Emphasize on ways to improve and enhance
   performance.
4. Humanistic Orientation – Emphasizes upon increased opportunity and use of
   human potential.
5. System Approach – Relationship among elements, work flow, job duty &
   responsibility, technology & application usage, management excellence,
   information & data management, top quality customer service.
6. Organization or Embassy Structure Approach - The embassy Plano gram of
   departments and utilizing effectively the coordination of work and customer
   areas.

The specific topics or assessment done in interviewing embassy personnel are as follows:

1. Organization Manual
2. Job Descriptions
3. Each department activity in providing service and preparing a report
4. Each department personal point of view on the work load
5. Each department personal needs and expectations
6. Each departments personnel work related problems
7. Each department personnel technical & managerial difficulties

8. Each department personnel training (technology & application) difficulties
9. Over all organization Structure
10. Over all organization work-flow system
11. Over all organization Input & out put data structure
12. Over all organization management of information system structure
13. Over all organization financial data management structure
14. Over all organization technology equipment & Software setup

I am hoping the above stated objectives you may find it substantial assessment for analyzing the speculated embassy problems. We can also add any additional specific topics to explore if they are needed in the future as we go on.

Thank you very much for your cooperation.

Sincerely,

Kesete M. Keleta
EK Data Systems inc.

## Systems Solution Management, Inc
The System For Financial Banking

January 3, 2002

Mr. Ghirmai Yohannes
Eritrean Development & Investment Bank
Asmara, Eritrea

Dear Mr. Yohannes:

We are pleased to receive your request on the proposal we have submitted for additional explanation. We do apologies for letting you have a **summarized proposal** of the **technical application features** as we always do with other banking institutions. Since this is the first application you are planning to implement, according your **RFP Source of Fund,** it should be prepared in more detailed and elaborate way. We really appreciate for giving us additional time and opportunity to communicate with you. We also found out that the FAST was not spelled correctly on the list of the proposal. It was stated as Fttrrmp in abbreviated for other meaning. Please accept this correction as FAST.

At the time we submitted the proposal we had to get the new TNG system for anther bank and as the same time we had to come to Eritrea to handover the proposal. We were eager to be here and answer your questions on the proposal issue at any time you need us in person-to-person discussion.

We realize that you have many options as you contemplate acquiring a new accounting banking system. While the evaluation process is difficult, we believe that Fed Comp system is the best choice for several reasons.

Fed Comp understands financial Investment banks. Fed Comp Systems has installed more than any other company in the business. The Fed Comp solutions have delivered more than 2,500 systems in the past 15 years.

Therefore, revising your RFP request, that has multiple and some redundant features or functions, we are providing the following simplified explanation of our **FedComp TNG Version Software and Fast Credit Unit Function Software.** As an advanced & expert of the banking system providers it is our experience and our confidence, on the latest **User-friendly** and the most **Scalable, Robust & Flexible** of today's banking & finance software generation is the **FedComp TNG.** For the requested banking application requirement the FedComp TNG and Fast software is exactly what the EDIB is looking for. We do not hesitate to say, that the answer for all the bank requirements is **YES.** We can assure you that the **FedComp TNG** and **Fast** software will provide the result what the EDIB is expecting.

7628 Eastern Avenue, N.W, Suite LL11  Washington, DC 20012  (202) 829-7283 Fax: (202) 829-7289
ekst@mindsprind.com
www.sysma.com

I. **GENERAL FUNCTION** - The **FIRST** requested application of the RFP is: - **General Function** - The FedComp TNG Version Application has a complete **Standard Banking Application** with complete functions of the banking business activities, integrated in one application designed and programmed rather than, more than one designed modules of the banking functions. However, whenever you want to use the FedComp TNG version with other banking communication process such as, Credit Bureau & ATM system it needs additional modules. This is because some banks outsource those arrangements in order to save extra expenses.

II. **DEVELOPMENT AND INVESTMENT BANK CREDIT OPERATION** – The **SECOND** requested application of the RFP is: -

**A).   Credit Unit Function** - In addition to the **FedComp TNG** application we provide you **FAST Software** for the banking Credit Process Application. This application is useful of the credit processing application with out the Narration of the Visibility Study of requested Business Loan. It has a complete function as we explained in the above in the Credit Unit Functions.

**B).   Loan Accounting Function** – As part of the USA Banking & Finance Accounting standard system this requested application in the RFP is included in the **FedComp TNG** application we are providing. It has a complete flexibility within the process of loan application as well as the calculation of the loan accounting system and the database.

III. **FIANANCE AND ACCOUNTING REQIUIRMENTS** – The **THIRD** requested application in the RFP is: - **Finance and accounting functions**. This function is included in the **FedComp TNG** application we are providing. This is highly flexible function that has a complete feature of accounting principle system.

IV. **INTERNAL AUDIT UNIT FUNCTION** – The **FOURTH** requested application in the RFP is the **Internal Audit Function**. The TNG has sufficient functions of balancing and controlling the complete banking activity, as it is required with the standard of USA Banking & Finance Regulation System. For any external use of auditing system, such as evaluating business solvency and other financial report the FAST application is designed to check and audit any Business Financial Analysis.

Furthermore, we will be very flexible to entertain additional needs and required applications within the proposed amount. It is our belief and our integrity to be part of the EDIB long-term business strategy. Thus, a detailed explanation for your RFP request for explanation, the functions & features of the Standard & Development Banking Application Software of you submitted is listed below. Additional to the above lists the following detailed Features will explain how the FedComp TNG Version Software and Fast Software will work & benefit the EDIB.

3

1. **GENERAL FUNCTION** – ( **THE FIRST** ) The main product of the banking software proposed is the **FedComp Software, TNG Version (The Next Generation Version)**. It has the following features:-

   - The Windows 2000 or NT4 operating system supporting 32 bit processors, multi-level and user security system and includes the following menus in its package.
   - It is subject to a **minimal customization,** cause it was developed and has a complete features and functions for a standard banking application it needs at a **free cost**.
   - It is designed for **multi-site** communication purpose. That means it can run on minimum two sites.

2. **For Loan Accounting Functions:** ( **THE SECOND B** ) It is designed & developed with complete features for created loan account processing menus include, such as:

   - It can create more than 30 loan account per a customer.

   - Record on Secured Loan or Unsecured Loan, New or Refinanced Loan (loan that is reviewed for different interest rate with out changing the whole application it will change the new adjustments, which is called **Refinanced**.

   - Record on Date created on loan application and dated approved.

   - Record on loan amount and amount disbursement schedule.

   - Record on interest rate given for specific loan for specific period of time (this can be customize according to the bank interest and also can be changed scheduling of the disbursement or you can call it rescheduling disbursement), the loan processing fee and other monthly charges can be applied, loan collection days and amount or repayment collection, advance collection from the other loan account (can be transfer within the FedComp features from saving and current account or CA automatically if the customer has an account within the bank the system will calculate the date and make repayment and create a statement).

   - Record on delinquency or overdue loans and the calculation of the penalty on the overdue amount, interest and a principal. Record of calculation on provisions for doubtful loans, on arrears to age analysis.

   - **Reporting System**: it designed and developed to providing multi-reporting system from all the menus created and data entered on Loan Accounting Functions menu.

3.  **For Finance & Accounting Requirements Functions: (THE THIRD)** It is designed & developed with a complete features and it is fully integrated to a complete **general ledger structure and JCR** (Journal & Cash Record) which consists the main features of **financial accounting requirements**:

    -   **Complete Chart of Accounts Coding System Budgeting, Payroll, and Fixed Assets with Depreciation Method, Accounts Payable & Accounts Receivable, Trial Balance, Purchase and Inventory control, Bank Reconciliation (Cash & Bank) Financial Statements, Balance sheet, Profit & Loss & Check Register for the entire bank reconciliation.**

    -   **Reporting System** it designed and developed in providing multi-reporting system from all the menus created and data entered on finance and accounting requirements functions menu.

4.  **Banking Operation (BO): (THE THIRD)** Creating Saving Account, Current / Overdraft accounts, deposit accounts-fixed and time deposit,

    -   Foreign Banking Activities, L/Cs, Letters of Guarantees, Foreign Currency Exchange, & Money Transfer.

    -   **Reporting System**: it designed and developed in providing multi-reporting system from all the menus created and data entered on the banking operation function menu.

5.  **Over The Counter (OTC): (THE THIRD)** This feature allows the teller can have access to the financial transaction over the complete loan payment, creation of Saving, Current, Fixed Deposits (FD), withdrawals and creation and testing Banking Credit Card or bank card which is as pass book processing for customer, Customer Statement, Stop Check Payment, Cash Received, Transfer Cash Drawer Fund & Pass Book Maintenance.

    -   **Reporting System**: it designed and developed in providing multi-reporting system from all the menus created and data entered on over the counter function menu.

## DEVELOPMENT AND INVESTMENT BANK CREDIT OPERATION – ( THE SECOND A )

1.  **For Credit Unit Functions: ( THE SECOND A )** the software is designed & developed with complete features for loan account such as:

    -   Application acceptance & rejection, approval & rejection reporting, follow-up, monitoring and evaluation and approved loan cancellation.

5

- **Reporting System**: it designed and developed to providing multi-reporting system from all the menus created and data entered on Credit Unit Functions menu.

- The other feature of **Credit appraisal analysis** is processed within credit process application Software called **Fast (Credit Accounting Application)**. The application is a standard Credit Application with open features to be able customizes when the data of the appraisal is entered. This means it will provide an open spaces menu driven in order the user plug the numbers he/she is compiling to analyze for the given project figures whether they are feasible or not. It will provide main features according the Credit Analysis System ( cost, revenue, working capital, assets, cash flow, projection on Income and Expenses ) according assumptions and then it will calculate based the in-puts, the project's profitability, solvency, income ratio verses debt ratio and the user may use additional subjective analysis.

- **Reporting System**: - it designed and developed in providing multi-reporting system from all the menus created and data entered on Credit appraisal analysis functions menu.


**Additional to the above lists of application following features can be integrated in the FedComp TNG Version :**

1. ATM machine and other international banking transaction communication could communicate with FedComp application by adding the additional communication module.
2. There are many types of Audit Software if the bank select specific features then SSM is willing to provide the service as soon as we get the detailed features.
3. Credit Card & Bank Card processing.
4. Any required hardware for scanning checks and out side and inside card magnet reader is integrated with the FedComp TNG software. If the bank is interested in the future to implement the above-mentioned services it is as easy as a plug and play system. EDIB is only purchasing hardware and installation fee. There is no need of acquiring additional application or reprogramming the existed application. Training or such machines is FREE.

I would like to remind you that my flight is on Saturday morning. I would be glad to visit you on Friday afternoon around 2.00 A.M. if you need more clarifications.

Again, thank you for your cooperation in advance.

Sincerely,


Kesetebrhan M. Keleta
V. President

6



### ባንክ ልምዓትን ወፍርን ኤርትራ
### بنك التنمية والاستثمار الارتري
## ERITREAN DEVELOPMENT AND INVESTMENT BANK

TO:    SUSTEMS SOLUTION MANAGEMENT INC.
       7628 EASTERN AVENUE, N.W, SUITE LL11      Date ...................................
       WASHINGTON DC 20012                        Ref. ...................................
       USA.

FROM:    ERITREAN DEVELOPMENT AND INCESTMENT BANK
         ASMARA, ERITREA

SUBJECT:    SSM BANKING PROPOSAL

DATE:    26/12/2001

Dear Sirs,

We would like to refer to your proposal on integrated banking solution based on our IFB No EDIB- ADF /IS/PRJ-1/12001. We have gone through your proposal thoroughly and we require clarification on some items that are not clear to us. Our queries are briefly recapitulated hereunder.

1. On the pricing portion of your proposal the "tng standard banking software" is offered. We could not find the features and modules directly associated to the tng standard banking software being described in your proposal. We found a lot of references to FEDCOMP software being mentioned. Please specify the actual modules and the respective features of your standard banking solution. In addition we would like a Yes or No answers and some explanation to each of the requirements mentioned in the Request For Proposal (RFP). We are requesting the response to all the questions enshrined in the RFP once more because we failed to comprehend the core soft ware and its modules you proposed.

2. Can you provide us with the customization fee?

The clarification can be in written and if possible you can present personally as soon as possible in the first week of January 2002.

Best regards,

Ghirmai Yohannes, Project Coordinator