# Systems Solution Management, Inc

C/O Aron Business & Systems Solution Mgt
Tel : 127551- Asmara Eritrea

March 6, 2002

Mr. Akberom Tedla
General Secretary
Eritrean Chamber Of Commerce
Asmara, Eritrea

I am pleased to send you our proposal for SSM systems designed for your organization. Our proposal is based on a long-term use and our analysis of your organization's needs and requirements.

We realize that you have many options as you contemplate acquiring a new system. While the evaluation process is completed, we believe that SSM system is the best choice for several reasons.

SSM understands the needs and the long-term strategy of your business activity and we are willing to go extra mile for as long as ECC needs our help. The system we provide is a comprehensive and a complete solution to your organizations information systems & management. The system we introduce is a powerful, flexible, easy to use and maintain. SSM has refined the system over the years to respond to today's needs in organization department's activity.

SSM have Asmara branch representative with competent staff of systems and technology support group. All hardware, software, application & manuals that SSM provides are OEM type or in other word original manufactured with more than 2-3 years warranty.

Thank you for the opportunity to propose the SSM system to your organization. I will call you soon to see if you have any questions about this proposal. SSM is willing to negotiate for additional time or cost of the proposal we submitted. Please feel free to call me at 127551.

Sincerely,

Kesete M. Keleta
President

7826 Eastern Avenue. N.W., Suite LL11   Washington, DC 20012 Tel: 202-829-7283 Fax 202-829-7289
e-mail  ekst@mindspring.com

| Systems Solution Mangmnet, Inc. | | | PROPOSAL | |
|---|---|---|---|---|
| 7826 Eastern Ave. N.W. Suite, LL 11 | | | # 17893 | |
| Washington, DC 20012 | | | Date | 3/5/2002 |
| For : Customer  17893 | | Phone & Fax | | |

| | | | |
|---|---|---|---|
| Eritrean Chamber Of Commers<br>Attn: Akberom Tedla<br>General Secretary<br>Asmara, Eritrea | DB# | Proposal Type | Ship Date |

| Description | QTY | Unite Price | Total Price | Remark |
|---|---|---|---|---|
| **Complete Finacial Accounting System, Database &  Design & Setup of Computerization System** | | | | |
| 1. Designing a complete infustructrure of computerization.<br>   This design is based  on the organization structural work<br>   flow using an office automation system. | 1 | Included | Included | Included |
| 2. Designing a complete customized Finacial Application<br>   for Finance & Administration & Trade & Promotion.<br>   Configer and Setup as a Multi-User & Multi-Level Securty<br>   System. All materials are OEM Software & Training materials<br>   for use of the entire organization. | 1 | Included | Included | Included |
| 3. Designing a central database for all the departments<br>   in a database application for use as a sharing database.<br>   This design is based on the organization workflow.<br>   It requires to aollect every department need of data strucrure<br>   for input and needs of out put reporting system. | 1 | Not Included | Not Included | Not Included |
| 4. Installing and configering a complete organization Clinet-Server<br>   system as well as networking design and implimentaion. | 1 | | | |
| 5. Application Filserver for the entire organization is as a<br>   Clinte - Server system. All OEM Windows Server 2002 Operating<br>   system with original disk and manuals. This system is a latest<br>   intel with speed of 2500 and 580 Ram, and multi disk layer<br>   dual CR-W, Internal Zip Disk, modem and with latest LCD<br>   moniters. Intel E-3400, P3-2500 MHZ, 120GB. | 1 | Included | Included | Included |
| 5.1 Back Up Application Fileserver for the entire organization with<br>    same setup like the fileserver but with 2 disk layer and speed of<br>    1200 and RAM of 250. Intel E-3400, P3-2500 MHZ, 80GB. | 1 | Included | Included | Included |

| | | | | |
|---|---|---|---|---|
| 5.2  Servers Printer including software & manual. | 1 | Included | Included | Included |
| 5.3  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For General Secretary Office | 1 | Included | Included | Included |
| 5.4  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Finance & Administartion Head office | 1 | Included | Included | Included |
| 5.5  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Accounting Department Head Office | 1 | Included | Included | Included |
| 5.6  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Cashier Accounting Department Office | 1 | Included | Included | Included |
| 5.7  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Trade & Promotion Office | 1 | Included | Included | Included |
| 5.8  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Research & Training Office | 1 | Included | Included | Included |
| 5.9  Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Small Medium & Enterprise Office | 1 | Included | Included | Included |
| 5.10 Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Regional Department Office | 1 | Included | Included | Included |
| 5.11 Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 250. Intel E-3400, For Library Atchives Department Office | 1 | Included | Included | Included |

| | | | | |
|---|---|---|---|---|
| 5.12 Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Sectoral Chamber Department Office | 1 | Included | Included | Included |
| 5.13 Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 192. Intel E-3400, For Public Relation Department Office | 1 | Included | Included | Included |
| 5.14 Workstation same setup like the fileserver but with 1 disk and speed P3-1000 MHZ, 40GB and RAM of 250. Intel E-3400, For General Customers Doing Research In Library Room | 1 | Included | Included | Included |
| 6. Sumsung Printer with high speed for the entire organization departments. The total number of the 9 including for customers in the library. Intel E-3400, P3-2500 MHZ, 80GB. | 1 | Included | Included | Included |
| 7. Complete Server and Workstation OEM Application and manual for the entire organization. The application is Windows 2000 Server, Winows 2000 Professional, Accounting & Database 2002 Application. | 10 | Included | Included | Included |

**Grand Total**     **With Optional Service**          **US Dollars**          **$75,000.00**

               **With Out Optional Service**     **US Dollars**          **$70,000.00**

**N.B.**     THE AMOUNT WILL BE CALCULATED ON THE BASIS OF PREVAILING BANK RATE PLUS 29% EXCHANGE RATE AT THE TIME OF CONTRACTUAL AGREEMENT DATE.

    IF SSM AND CAHMBER AGREED ON THE PROJECT, SSM IS WILLING TO PROVIDE THE FOLLOWING SERVICES IN THE FUTURE.

DEVELOPING MANGMENT OF INFORMATION SYSTEMS DEPARTMENT
DEVELOPING INTERNET CAFFEE MANGMENT SYSTEMS DEPARTMENT

### STATEMENT OF CONFIDENTIALITY

This prposal and the idea of the setup is a property of SSM. This proposal is submmited with the understanding that it will held in strict confidence. It will not be disclosed, dublicated, in whole or part, or any purpose other than the evaluation of SSM's qualifications. Any other use with out the prior written consent of SSM, inc is prohobited.