FROM : WRIGHTSVILLE LAW OFFICE         PHONE NO. : 7172525536         Jul. 19 2006 06:17AM P1

## LAW OFFICES

### JOHN H. ARNOLD, ATTORNEY

324 Hellam Street                     717-252-5266
Wrightsville, PA 17368                717-252-5536 fax

July 19, 2006

Capital Mortgage Funding, Inc.
Attn: Michael Chan
1720 Loucks Road
York, PA 17404

Re: Kesetbrahan M. Keleta & Hermon S. Mussie
    1201 South Queen Street
    York, PA 17403

Dear Mr. Chan:

Please be informed that the revised title insurance commitment number YA062511SER dated June 20, 2006 issued through Old Republic National Title Insurance Company is hereby withdrawn and shall be considered null and void.

Given certain information which has become public concerning Mr. Keleta, we are not able to insure or settle the proposed loan with First Franklin or any other lender.

Call me if you have any questions.

Very truly yours,

Russell F. D'Aiello, Jr., Esquire for
John H. Arnold, Approved Attorney for
Old Republic National Title Insurance Co.

Faxed to 717-600-2233. Original to follow
via U.S. Postal Service

c: Steve Gratman, Old Republic National Title
   Insurance Company

1