UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No.: 05 -371 (CKK)
:
KESETBRHAN M. KELETA :
:
Defendant :

ORDER

This matter is before the Court on Defendant Kesetbrhan M. Keleta's Motion For Leave to File Response to Government's Memorandum in Aide of Sentencing. Upon consideration of any and all pleadings related to this matter, ~~and objections thereto~~, it is this 25 day of January, 2007,

ORDERED that Mr. Keleta's motion is granted. It is *although filed untimely.*

SO ORDERED.

1/25/07
DATE

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney
   Jay Bratt, Esquire
   555 Fourth Street, NW
   Washington, DC 20530

James W. Beane, Jr., Esquire
2715 M Street, N.W.
Suite 200
Washington, DC 20007