HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

JAN 2 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-371</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| KELETA, Kesetbrhan M, | : | Disclosure Date: <u>September 22, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:          **For the Government**

(CHECK APPROPRIATE BOX)
          ( ✓ )   There are no material/factual inaccuracies therein.
          ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    *October 6 2006*
**Prosecuting Attorney**                                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
          ( )   There are no material/factual inaccuracies therein.
          ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____                    _____
**Defendant**                    **Date**          **Defense Counsel**                    **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 06, 2006</u>, to U.S. Probation Officer **Elizabeth Suarez**, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.


**FOR THE COURT**

By:      Richard A. Houck, Jr., Chief
          United States Probation Officer