## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 5-371
)
KESETEBRHAN M. KELETA )

**NOTICE OF APPEAL**

FILED
FEB 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:

KESETBRHAN M. KELETA — 717-739-1037
1201 S. Queen St York, PA 17403

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

2/2/07
DATE                                          APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?              YES ☐    NO ☐
Has counsel ordered transcripts?                    YES ☐    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐    NO ☐