HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

ORDER TO SURRENDER

MAR 1 2 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Kesetbrhan M. Keleta                    Docket No.: CR-05-371-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS


It is hereby **ORDERED** that  **Kesetbrhan M. Keleta**  having been sentenced, on January

26, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the

Bureau of Prisons by reporting to  CI Moshannon Valley  , in Philipsburg, PA _____ by 2

**p.m., on** ___March 29, 2007_____.


_March 12, 2007_                    _[signature]_
Date                              COLLEEN KOLLAR-KOTELLY
                                  UNITED STATES DISTRICT JUDGE


**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I
may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or
fine, or both.

_[signature]_                          _[signature]_
ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004