UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**KESETBRHAN M. KELETA**<br><br>Defendant. | Criminal No.  **05cr371**  (CKK)<br><br>**FILED**<br>AUG 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

On August 21, 2007, the Court received a *Motion for Release of Recognizance on Bond or Bail* [#62] from Defendant Kesetbrhan M. Keleta, pro se.  Upon review of the record, the Court concludes that it would benefit from a response by the United States.  Accordingly, it is, this  23  of August, 2007, hereby

**ORDERED** that the United States shall file a response to Kesetbrhan M. Keleta's pro se *Motion for Release of Recognizance on Bond or Bail* [#62] no later than October 22, 2007.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

(N)