UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>KESETBRHAN M. KELETA,<br><br>  Defendant. | Criminal Action No. 05-371-01 (CKK) |

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(December 5, 2007)

Currently before the Court is a motion filed by Defendant on August 21, 2007, that is styled as a Motion for Release Pending Appeal. Defendant's Motion contains arguments and a declaration that relate to whether Defendant's trial counsel provided ineffective assistance of counsel. The Government expressly declined to construe Defendant's Motion as a request for relief under 28 U.S.C. § 2255, and instead (i) construed it as a motion for release pending appeal under 18 U.S.C. § 3143(b) and (ii) briefed the arguments raised by Defendant in his appeal currently pending before the D.C. Circuit. In *United States v. Palmer*, the D.C. Circuit held that a district court

> may recharacterize a post-conviction motion under another rule or law as a section 2255 motion only if it first ensures that the movant is fully informed of section 2255's restriction on second or successive 2255 motions as well as other procedural hurdles implicated by recharacterization and the court offers the movant an opportunity to withdraw his motion.

296 F.3d 1135, 1146 (D.C. Cir. 2002).

The Court notes that Defendant would not lose his ability to raise an ineffective assistance of counsel argument if the Court were not to consider it under section 2255 at the

present time. Depending on the outcome of Defendant's appeal before the D.C. Circuit, Defendant could raise an ineffective assistance argument on collateral review before this Court.

The D.C. Circuit docket sheet indicates that A.J. Kramer of the Federal Public Defender's Office has been appointed to represent Defendant in his appeal to the D.C. Circuit. Because resolution of a section 2255 Motion would require the D.C. Circuit to first remand the case back to this Court for further proceedings, the characterization of Defendant's Motion has some significance on Defendant's D.C. Circuit appeal.

Accordingly, it is, this 5th day of December, 2007, hereby

**ORDERED** that Defendant shall confer with his counsel and decide whether to have the Court construe Defendant's Motion under 18 U.S.C. § 3143(b) for release pending appeal, or under 28 U.S.C. § 2255 for ineffective assistance of counsel; it is further

**ORDERED** that Defendant shall notify the Court on or before December 28, 2007, if he wants to have his Motion construed as a motion brought 28 U.S.C. § 2255. If the Court does not receive notice by December 28 , 2007, the Court shall construe the Motion as a request for release pending appeal brought under 18 U.S.C. 3143(b); it is further

**ORDERED** that the Clerk of the Court shall fax a copy of this Order to A.J. Kramer, Federal Public Defender, at 202-208-7515; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to Defendant at the following address: Kesetbrhan Keleta,           , Moshannon Valley Correctional Center, 555 Cornell Dr., Philipsburgh, PA 16866.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge