UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff-Appellee;　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KESETBRHAN KELETA　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　Defendant-Appellant.　　 )  | Crim. No. 05-371 (CKK)<br>(Appeal No. 07-3021) |

**MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR RELEASE**

   On August 21, 2007, Defendant Kesetbrhan Keleta, acting on his own behalf, filed a motion titled, Motion for Release. In that motion, Mr. Keleta made arguments concerning the ineffectiveness of his trial attorney that would typically be raised under 28 U.S.C. § 2255. The government filed a response in which it treated Mr. Keleta's pleadings as a motion for release pending appeal. This Court indicated that it would also treat Mr. Keleta's pleadings as a motion for release pending appeal unless Mr. Keleta notified the Court of a desire to have the Court decide his motion under 28 U.S.C. § 2255.

   Mr. Keleta hereby notifies the Court that he did not intend to file a motion under 28 U.S.C. § 2255, and at this time, does not wish for the Court to construe any pleadings previously filed as requesting relief under 28 U.S.C. § 2255. Rather, Mr. Keleta seeks to have the Court to consider his request for release pending appeal under 18 U.S.C. § 3141(b) and § 3143(b). At this time, however, Mr. Keleta requests the Court hold his motion for

1

release in abeyance and grant him leave to supplement his motion until after his newly appointed counsel can review the record and consult with him.

In support of this request, Mr. Keleta, through undersigned counsel states that he was indicted on October 6, 2005 with two counts of operating an illegal money transmitting business in violation of 18 U.S.C. § 1960.  Trial commenced on June 26, 2006, and on June 29, 2006 the jury returned guilty verdicts as to both counts in the indictment.  On January 26, 2007, this Court sentenced Mr. Keleta to 31 months imprisonment on each count of conviction, two years of supervised release, and a special assessment of $200.00.  Mr. Keleta filed a timely notice of appeal on February 2, 2007.

Subsequently, on July 18, 2007, then-counsel for Mr. Keleta filed a brief on Mr. Keleta's behalf without consulting Mr. Keleta.  When Mr. Keleta learned that an appellate brief had been filed, he sought the removal of his attorney and also attempted to supplement the brief through pro se filings.  Mr. Keleta also filed the Motion for Release referenced above.

On September 27, 2007, the Court of Appeals terminated Mr. Keleta's attorney and appointed the Office of the Federal Public Defender to represent Mr. Keleta.  Undersigned counsel has only recently been assigned this case and requires additional time to review the record and consult with Mr. Keleta.

WHEREFORE, Mr. Keleta requests the court to hold his motion for release in abeyance and allow him until January 18, 2008 to supplement it, after having consulted with counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500