UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  )<br> Plaintiff-Appellee; )<br>  )<br> v. )<br>  )<br> **KESETBRHAN KELETA** )<br>  )<br> Defendant-Appellant. )<br> | Crim. No. 05-371 (CKK)<br>(Appeal No. 07-3021) |

### ORDER

Upon consideration of defendant's Motion to Supplement, it is hereby

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that the Defendant's Motion for Release shall be held in abeyance; and it is further

ORDERED that the Defendant's request to supplement his Motion for Release no later than January 18, 2008 is GRANTED.

SO ORDERED this _____ day of _____, 200___.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE