UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee;<br><br>v.<br><br>KESETBRHAN KELETA<br><br>    Defendant-Appellant. | Crim. No. 05-371 (CKK)<br>(Appeal No. 07-3021)<br><br>**FILED**<br><br>DEC 2 8 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of defendant's Motion to Supplement, it is hereby

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that the Defendant's Motion for Release shall be held in abeyance; and it is further

ORDERED that the Defendant's request to supplement his Motion for Release no later than January 18, 2008 is GRANTED.

SO ORDERED this 28th day of December, 2007.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

1