UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**UNITED STATES OF AMERICA,**     )
                              )
    **Plaintiff-Appellee;**     )
                              )   Crim. No. 05-371 (CKK)
    v.                        )
                              )
**KESETBRHAN KELETA**             )
                              )
    **Defendant-Appellant.**    )
_____)

### UNOPPOSED MOTION FOR LEAVE TO LATE-FILE

    Defendant, Kesetbrhan Keleta, through undersigned counsel, respectfully requests leave to late-file the attached Supplement to Motion for Release Pending Appeal. <u>See</u> Attachment A. As grounds for this motion, counsel states as follows:

    1. Counsel for the government does not oppose this request.

    2. Defendant Keleta previously filed a <u>pro se</u> motion for release pending appeal. Counsel for Mr. Keleta subsequently requested leave until January 18, 2008 to supplement defendant's <u>pro se</u> pleading. The Court has not ruled on that request.

    3. Counsel for Mr. Keleta originally anticipated that he would be able to file the attached motion by January 18, 2008, however, because of other commitments in this Court and the Court of Appeals, counsel did not complete the motion in time.

    4. There are no hearings scheduled in this matter. Defendant's opening appellate brief is due to the Court of

Appeals by March 31, 2008.

    Wherefore, counsel for Defendant, respectfully requests that the Court grant defendant's Motion to Late-File.

                                    Respectfully submitted,

                                    A.J. KRAMER
                                  FEDERAL PUBLIC DEFENDER

                              _____/S/_____
                              Tony Axam, Jr.
                              Assistant Federal Public Defenders
                              625 Indiana Avenue, N.W.,
                              Suite 550
                              Washington, D.C.  20004
                              (202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee; ) | |
| ) | Crim. No. 05-371 (CKK) |
| v. ) | |
| ) | |
| KESETBRHAN KELETA ) | |
| ) | |
| Defendant-Appellant. ) | |

**ORDER**

Upon consideration of the Motion to Late-File Defendant's Supplement to his Motion for Release Pending Appeal in this matter, the Court finds there to be good cause shown, and it is hereby

**ORDERED** that counsel shall be permitted to file the Defendant's Supplement to his Motion for Release Pending Appeal in this matter;

**SO ORDERED**, this _____ day of _____, 2008.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE