```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>)<br>  Plaintiff-Appellee;  )<br>)<br>  v.  )<br>)<br>**KESETBRHAN KELETA**  )<br>)<br>  Defendant-Appellant.  ) | **Crim. No. 05-371 (CKK)**<br>**(Appeal No. 07-3021)** |

**ORDER**

Upon consideration of defendant's Motion for Release Pending Appeal and Supplement thereto, it is hereby:

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that the Defendant shall be released from custody pending appeal in this matter.

SO ORDERED this _____ day of _____, 2008.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE