IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Cr. Case No.   05-371 (CKK) |
| | ) |
| **KESETBRHAN KELETA,** | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER


                _____/s/_____
                Tony Axam, Jr.
                Assistant Federal Public Defender
                625 Indiana Ave., N.W., Ste. 550
                Washington, D.C. 20004
                (202) 208-7500