UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff-Appellee;  )<br>  )<br>    v.  )<br>  )<br>KESETBRHAN KELETA  )<br>  )<br>    Defendant-Appellant.  )<br>  ) | Crim. No. 05-371 (CKK)<br><br>**FILED**<br>JAN 25 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of the Motion to Late-File Defendant's Supplement to his Motion for Release Pending Appeal in this matter, the Court finds there to be good cause shown, and it is hereby

**ORDERED** that counsel shall be permitted to file the Defendant's Supplement to his Motion for Release Pending Appeal in this matter;

SO ORDERED, this 25th day of Jan., 2008.

*nunc pro tunc*

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE