UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KESETBRHAN M. KELETA,

Defendant.

Criminal Action No. 05-371-01 (CKK)

**FILED**

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(February 20, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 19th day of February, 2008, hereby

**ORDERED** that Defendant's [62] Motion for Release Pending Appeal shall be denied; and it is further

**ORDERED** that Defendant shall remain detained pursuant to 18 U.S.C. § 3143(b).

*This is a final, appealable order.*

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

