# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3139**                                **September Term, 2007**
                                               JUNE 16, 2008

UNITED STATES OF AMERICA,
                          APPELLEE

v.

DAVID H. SAFAVIAN,
                          APPELLANT

Consolidated with 06-3169

*Revised*

Appeals from the United States District Court
for the District of Columbia
(No. 05cr00370-01)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 1 6 2008

CLERK

FILED AUG -7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: RANDOLPH and ROGERS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of convictions on Counts 2A and 3 are reversed and on Counts 1, 2C, and 5 be vacated, and the case be remanded for a new trial, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/4/08
BY: /s/ _____, Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ _____

Michael C. McGrail
Deputy Clerk

Date: June 17, 2008

Opinion for the court filed by Circuit Judge Randolph.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk